# Exhibit "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

ELIO MELLA,

     Plaintiff,

vs.

UNITED HEALTHCARE SERVICES, INC.,

     Defendant.

_____/

## DECLARATION OF JANE STALINSKI

1.     My name is Jane Stalinski.  I am over 21 years old and make this declaration based on my personal knowledge.

2.     I am a Senior Legal Services Specialist and an authorized representative of UnitedHealthcare Insurance Company and its affiliates ("United").  As part of my duties, I provide support to United's in-house attorneys and outside legal counsel.  Such support includes accessing enrollment and health benefit plan records for individuals who are covered by United under various types of health plans, including Medicare Advantage Plans.  These records include the Evidence of Coverage for individuals that are covered by Medicare and have chosen to get their Medicare and prescription drug coverage through United's AARP Medicare Advantage Choice Plan 2.

3.     I have reviewed the Plaintiff's Complaint in the above-referenced lawsuit.  I was able to identify the Plan under which Plaintiff was covered.  During the timeframe referenced in the Complaint, Mr. Mella was covered under United's AARP Medicare

Advantage Choice Plan 2, a plan underwritten by UnitedHealthcare Insurance Company.   A copy of the Evidence of Coverage is attached to my Declaration as Exhibit "1".   Exhibit "1" is kept by United in the regular course of business and it is the regular practice of United to retain such documents.

Pursuant to 28 U.S.C. §1746, I hereby declare, under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on July 26, 2021

_Jane Stalinski_
_____
Jane Stalinski

#44929007 v1

# Exhibit 1

# Evidence Of Coverage 2021

**Medicare Advantage Plan with Prescription Drugs**

**AARP Medicare Advantage Choice Plan 2 (Regional PPO)**

 Toll-free **1-800-643-4845,** TTY **711**
8 a.m. - 8 p.m. local time, 7 days a week

 **www.myAARPMedicare.com**



Y0066_EOC_R0759_001_000_2021_C

**January 1 – December 31, 2021**

# Evidence of Coverage:

## Your Medicare Health Benefits and Services and Prescription Drug Coverage as a Member of our plan

This booklet gives you the details about your Medicare health care and prescription drug coverage from  January 1 – December 31, 2021. It explains how to get coverage for the health care services and prescription drugs you need.

 **This is an important legal document. Please keep it in a safe place.**

---

This plan, AARP Medicare Advantage Choice Plan 2 (Regional PPO), is insured through UnitedHealthcare Insurance Company or one of its affiliates. (When this **Evidence of Coverage** says "we," "us," or "our," it means UnitedHealthcare. When it says "plan" or "our plan," it means AARP Medicare Advantage Choice Plan 2 (Regional PPO).)

The AARP® MedicareComplete® Plans carry the AARP name, and UnitedHealthcare Insurance Company pays royalty fees to AARP for the use of its intellectual property. These fees are used for the general purposes of AARP. AARP and its affiliates are not insurers. You do not need to be an AARP member to enroll. AARP encourages you to consider your needs when selecting products and does not make specific product or pharmacy recommendations for individuals.

This document is available for free in other languages.

Please contact our Customer Service number at 1-800-643-4845 for additional information. (TTY users should call 711). Hours are 8 a.m. - 8 p.m. local time, 7 days a week.

Esta información está disponible sin costo en otros idiomas.

Para obtener más información, por favor comuníquese con Servicio al Cliente al 1-800-643-4845. (Usuarios TTY deben llamar 711). Horario es de 8 a.m. a 8 p.m., los 7 días de la semana, hora local.

El Servicio al Cliente también tiene disponible, de forma gratuita, servicios de interpretación para personas que no hablan inglés.

This document may be available in an alternate format such as Braille, large print or audio. Please contact our Customer Service number at 1-800-643-4845, TTY: 711, 8 a.m. - 8 p.m. local time, 7 days a week, for additional information.

Benefits, deductible, and/or copayments/coinsurance may change on January 1, 2022.

The formulary, pharmacy network, and provider network may change at any time. You will receive notice when necessary.

OMB Approval 0938-1051 (Expires: December 31, 2021)

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Table of Contents

# 2021 Evidence of Coverage
## Table of Contents

This list of chapters and page numbers is your starting point. For more help in finding information you need, go to the first page of a chapter. **You will find a detailed list of topics at the beginning of each chapter.**

**Chapter 1**      **Getting started as a member.................................................................... 1-1**
Explains what it means to be in a Medicare health plan and how to use this booklet. Tells about materials we will send you, your plan premium, the Part D late enrollment penalty, your UnitedHealthcare member ID card, and keeping your membership record up to date.

**Chapter 2**      **Important phone numbers and resources............................................. 2-1**
Tells you how to get in touch with our plan (AARP Medicare Advantage Choice Plan 2 (Regional PPO)) and with other organizations including Medicare, the State Health Insurance Assistance Program (SHIP), the Quality Improvement Organization, Social Security, Medicaid (the state health insurance program for people with low incomes), programs that help people pay for their prescription drugs, and the Railroad Retirement Board.

**Chapter 3**      **Using the plan's coverage for your medical services.............................3-1**
Explains important things you need to know about getting your medical care as a member of our plan. Topics include using the providers in the plan's network and how to get care when you have an emergency.

**Chapter 4**      **Medical Benefits Chart (what is covered and what you pay)................. 4-1**
Gives the details about which types of medical care are covered and **not** covered for you as a member of our plan. Explains how much you will pay as your share of the cost for your covered medical care.

**Chapter 5**      **Using the plan's coverage for your Part D prescription drugs..............5-1**
Explains rules you need to follow when you get your Part D drugs. Tells how to use the plan's **List of Covered Drugs (Formulary)** to find out which drugs are covered. Tells which kinds of drugs are **not** covered. Explains several kinds of restrictions that apply to coverage for certain drugs. Explains where to get your prescriptions filled. Tells about the plan's programs for drug safety and managing medications.

**Chapter 6**      **What you pay for your Part D prescription drugs..................................6-1**
Tells about the four stages of drug coverage **(Deductible Stage, Initial Coverage Stage, Coverage Gap Stage, Catastrophic Coverage Stage)** and how these stages affect what you pay for your drugs. Explains the five cost-

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Table of Contents

sharing tiers for your Part D drugs and tells what you must pay for a drug in each cost-sharing tier.

**Chapter 7**   **Asking us to pay our share of a bill you have received for covered medical services or drugs**.............................................................................................. **7-1**
Explains when and how to send a bill to us when you want to ask us to pay you back for our share of the cost for your covered services or drugs.

**Chapter 8**   **Your rights and responsibilities**............................................................ **8-1**
Explains the rights and responsibilities you have as a member of our plan. Tells what you can do if you think your rights are not being respected.

**Chapter 9**   **What to do if you have a problem or complaint (coverage decisions, appeals, complaints)**................................................................................**9-1**
Tells you step-by-step what to do if you are having problems or concerns as a member of our plan.

- Explains how to ask for coverage decisions and make appeals if you are having trouble getting the medical care or prescription drugs you think are covered by our plan. This includes asking us to make exceptions to the rules or extra restrictions on your coverage for prescription drugs, and asking us to keep covering hospital care and certain types of medical services if you think your coverage is ending too soon.
- Explains how to make complaints about quality of care, waiting times, customer service, and other concerns.

**Chapter 10**   **Ending your membership in the plan**.................................................... **10-1**
Explains when and how you can end your membership in the plan. Explains situations in which our plan is required to end your membership.

**Chapter 11**   **Legal notices**.....................................................................................**11-1**
Includes notices about governing law and about nondiscrimination.

**Chapter 12**   **Definitions of important words**............................................................ **12-1**
Explains key terms used in this booklet.

# Chapter 1
## Getting started as a member

# Chapter 1
## Getting started as a member

**SECTION 1**   **Introduction**...................................................................................................**3**

      Section 1.1   You are enrolled in AARP Medicare Advantage Choice Plan 2
                 (Regional PPO), which is a Medicare RPPO.............................................. 3

      Section 1.2   What is the Evidence of Coverage booklet about?................................. 3

      Section 1.3   Legal information about the Evidence of Coverage................................. 3

**SECTION 2**   **What makes you eligible to be a plan member?**......................................**4**

      Section 2.1   Your eligibility requirements..................................................................... 4

      Section 2.2   What are Medicare Part A and Medicare Part B?.................................... 4

      Section 2.3   Here is the plan service area for AARP Medicare Advantage Choice
                 Plan 2 (Regional PPO)............................................................................. 4

      Section 2.4   U.S. Citizen or Lawful Presence.............................................................. 5

**SECTION 3**   **What other materials will you get from us?**............................................**5**

      Section 3.1   Your UnitedHealthcare member ID card – Use it to get all covered care
                 and prescription drugs.............................................................................. 5

      Section 3.2   The Provider Directory: Your guide to all providers in the plan's
                 network................................................................................................... 6

      Section 3.3   The Pharmacy Directory: Your guide to pharmacies in our network..... 6

      Section 3.4   The plan's List of Covered Drugs (Formulary)........................................ 7

      Section 3.5   The Part D Explanation of Benefits (the "Part D EOB"): Reports with a
                 summary of payments made for your Part D prescription drugs............ 7

**SECTION 4**   **Your monthly premium for the plan**.........................................................**7**

      Section 4.1   How much is your plan premium?............................................................ 8

**SECTION 5**   **Do you have to pay the Part D "late enrollment penalty"?**.....................**8**

      Section 5.1   What is the Part D "late enrollment penalty"?......................................... 8

      Section 5.2   How much is the Part D late enrollment penalty?................................... 9

      Section 5.3   In some situations, you can enroll late and not have to pay the penalty 9

      Section 5.4   What can you do if you disagree about your Part D late enrollment
                 penalty?................................................................................................. 10

**SECTION 6**   **Do you have to pay an extra Part D amount because of your income?**............. **10**

Section 6.1   Who pays an extra Part D amount because of income?...................... 10

Section 6.2   How much is the extra Part D amount?.................................................. 11

Section 6.3   What can you do if you disagree about paying an extra Part D amount?
..............................................................................................................11

Section 6.4   What happens if you do not pay the extra Part D amount?.................. 11

**SECTION 7      More information about your monthly premium....................................11**

Section 7.1   If you pay a Part D late enrollment penalty, there are several ways you
can pay your penalty............................................................................ 12

Section 7.2   Can we change your monthly plan premium during the year?............ 14

**SECTION 8      Please keep your plan membership record up to date........................14**

Section 8.1   How to help make sure that we have accurate information about you 14

**SECTION 9      We protect the privacy of your personal health information............................ 15**

Section 9.1   We make sure that your health information is protected..................... 15

**SECTION 10    How other insurance works with our plan......................................... 15**

Section 10.1 Which plan pays first when you have other insurance?....................... 15

# SECTION 1                Introduction

### Section 1.1                You are enrolled in AARP Medicare Advantage Choice Plan 2 (Regional PPO), which is a Medicare RPPO

You are covered by Medicare, and you have chosen to get your Medicare health care and your prescription drug coverage through our plan, AARP Medicare Advantage Choice Plan 2 (Regional PPO).

There are different types of Medicare health plans. Our plan is a Medicare Advantage RPPO Plan (RPPO stands for Regional Preferred Provider Organization). Like all Medicare health plans, this Medicare RPPO is approved by Medicare and run by a private company.

**Coverage under this Plan qualifies as Qualifying Health Coverage (QHC)** and satisfies the Patient Protection and Affordable Care Act's (ACA) individual shared responsibility requirement. Please visit the Internal Revenue Service (IRS) website at: www.irs.gov/affordable-care-act/individuals-and-families for more information.

### Section 1.2                What is the Evidence of Coverage booklet about?

This **Evidence of Coverage** booklet tells you how to get your Medicare medical care and prescription drugs covered through our plan. This booklet explains your rights and responsibilities, what is covered, and what you pay as a member of the plan.

The words "coverage" and "covered services" refer to the medical care, services and prescription drugs available to you as a member of the plan.

It's important for you to learn what the plan's rules are and what services are available to you. We encourage you to set aside some time to look through this **Evidence of Coverage** booklet.

If you are confused or concerned or just have a question, please contact our plan's Customer Service (phone numbers are printed on the back cover of this booklet).

### Section 1.3                Legal information about the Evidence of Coverage

**It's part of our contract with you**

This **Evidence of Coverage** is part of our contract with you about how the plan covers your care. Other parts of this contract include your enrollment form, the **List of Covered Drugs (Formulary)**, and any notices you receive from us about changes to your coverage or conditions that affect your coverage. These notices are sometimes called "riders" or "amendments."

The contract is in effect for months in which you are enrolled in the plan between January 1, 2021 and December 31, 2021.

Each calendar year, Medicare allows us to make changes to the plans that we offer. This means we can change the costs and benefits of the plan after December 31, 2021. We can also choose to stop offering the plan, or to offer it in a different service area, after December 31, 2021.

**Medicare must approve our plan each year**

Medicare (the Centers for Medicare & Medicaid Services) must approve our plan each year. You can continue to get Medicare coverage as a member of our plan as long as we choose to continue to offer the plan and Medicare renews its approval of the plan.

## SECTION 2          What makes you eligible to be a plan member?

| Section 2.1 | Your eligibility requirements |
|---|---|

**You are eligible for membership in our plan as long as:**

- You have both Medicare Part A and Medicare Part B (Section 2.2 tells you about Medicare Part A and Medicare Part B)
- **– and –** you live in our geographic service area (Section 2.3 below describes our service area).
- **– and –** you are a United States citizen or are lawfully present in the United States

| Section 2.2 | What are Medicare Part A and Medicare Part B? |
|---|---|

When you first signed up for Medicare, you received information about what services are covered under Medicare Part A and Medicare Part B. Remember:

- Medicare Part A generally helps cover services provided by hospitals (for inpatient services, skilled nursing facilities, or home health agencies).
- Medicare Part B is for most other medical services (such as physician's services, home infusion therapy, and other outpatient services) and certain items (such as durable medical equipment (DME) and supplies).

| Section 2.3 | Here is the plan service area for AARP Medicare Advantage Choice Plan 2 (Regional PPO) |
|---|---|

Although Medicare is a Federal program, our plan is available only to individuals who live in our plan service area. To remain a member of our plan, you must continue to reside in the plan service area. The service area is described below.

Our service area includes these states: Florida.

If you plan to move out of the service area, please contact Customer Service (phone numbers are printed on the back cover of this booklet).

When you move, you will have a Special Enrollment Period that will allow you to switch to Original Medicare or enroll in a Medicare health or drug plan that is available in your new location.

It is also important that you call Social Security if you move or change your mailing address. You can find phone numbers and contact information for Social Security in Chapter 2, Section 5.

| Section 2.4 | U.S. Citizen or Lawful Presence |
| --- | --- |

A member of a Medicare health plan must be a U.S. citizen or lawfully present in the United States. Medicare (the Centers for Medicare & Medicaid Services) will notify AARP Medicare Advantage Choice Plan 2 (Regional PPO) if you are not eligible to remain a member on this basis. AARP Medicare Advantage Choice Plan 2 (Regional PPO) must disenroll you if you do not meet this requirement.

# SECTION 3          What other materials will you get from us?

| Section 3.1 | Your UnitedHealthcare member ID card – Use it to get all covered care and prescription drugs |
| --- | --- |

While you are a member of our plan, you must use your UnitedHealthcare member ID card for our plan whenever you get any services covered by this plan and for prescription drugs you get at network pharmacies. You should also show the provider your Medicaid card, if applicable. Here's a sample UnitedHealthcare member ID card to show you what yours will look like:




Do NOT use your red, white, and blue Medicare card for covered medical services while you are a member of this plan. If you use your Medicare card instead of your UnitedHealthcare member ID card, you may have to pay the full cost of medical services yourself. Keep your Medicare card in a safe place. You may be asked to show it if you need hospital services, hospice services, or participate in routine research studies.

**Here's why this is so important:** If you get covered services using your red, white, and blue Medicare card instead of using your UnitedHealthcare member ID card while you are a plan member, you may have to pay the full cost yourself.

If your UnitedHealthcare member ID card is damaged, lost, or stolen, call Customer Service right away and we will send you a new card. (Phone numbers for Customer Service are printed on the back cover of this booklet.)

| Section 3.2 | The Provider Directory: Your guide to all providers in the plan's network |
|---|---|

The **Provider Directory** lists our network providers and durable medical equipment suppliers.

### What are "network providers"?

**Network providers** are the doctors and other health care professionals, medical groups, durable medical equipment suppliers, hospitals, and other health care facilities that have an agreement with us to accept our payment and any plan cost-sharing as payment in full. We have arranged for these providers to deliver covered services to members in our plan. The most recent list of providers and suppliers is available on our website at www.myAARPMedicare.com.

### Why do you need to know which providers are part of our network?

As a member of our plan, you can choose to receive care from out-of-network providers. Our plan will cover services from either in-network or out-of-network providers, as long as the services are covered benefits and medically necessary. However, if you use an out-of-network provider, your share of the costs for your covered services may be higher. See Chapter 3 **(Using the plan's coverage for your medical services)** for more specific information.

Because our plan is a Regional Preferred Provider Organization, if no contracted network provider is readily available within your plan service area you can access care at in-network cost-sharing from an out-of-network provider. Call Customer Service to let us know you need to see an out-of-network provider, or to get help finding an out-of-network provider.

If you don't have your copy of the **Provider Directory**, you can request a copy from Customer Service (phone numbers are printed on the cover of this booklet). You may ask Customer Service for more information about our network providers, including their qualifications. You can also search for provider information on our website. Both Customer Service and the website can give you the most up-to-date information about changes in our network providers. (You can find our website and phone information on the cover of this booklet.)

| Section 3.3 | The Pharmacy Directory: Your guide to pharmacies in our network |
|---|---|

### What are "network pharmacies"?

Network pharmacies are all of the pharmacies that have agreed to fill covered prescriptions for our plan members.

### Why do you need to know about network pharmacies?

You can use the **Pharmacy Directory** to find the network pharmacy you want to use. There are changes to our network of pharmacies for next year. An updated Pharmacy Directory is located on our website at www.myAARPMedicare.com. You may also call Customer Service for updated provider information or to ask us to mail you a Pharmacy Directory. **Please review the 2021 Pharmacy Directory to see which pharmacies are in our network.**

If you don't have the **Pharmacy Directory,** you can get a copy from Customer Service (phone numbers are printed on the back cover of this booklet). At any time, you can call Customer Service to get up-to-date information about changes in the pharmacy network. You can also find this information on our website at www.myAARPMedicare.com.

| Section 3.4 | The plan's List of Covered Drugs (Formulary) |
|---|---|

The plan has a **List of Covered Drugs (Formulary)**. We call it the "Drug List" for short. It tells which Part D prescription drugs are covered under the Part D benefit included in our plan. The drugs on this list are selected by the plan with the help of a team of doctors and pharmacists. The list must meet requirements set by Medicare. Medicare has approved the plan's Drug List.

The Drug List also tells you if there are any rules that restrict coverage for your drugs.

We will provide you a copy of the Drug List. To get the most complete and current information about which drugs are covered, you can visit the plan's website (www.myAARPMedicare.com) or call Customer Service (phone numbers are printed on the back cover of this booklet).

| Section 3.5 | The Part D Explanation of Benefits (the "Part D EOB"): Reports with a summary of payments made for your Part D prescription drugs |
|---|---|

When you use your Part D prescription drug benefits, we will send you a summary report to help you understand and keep track of payments for your Part D prescription drugs. This summary report is called the **Part D Explanation of Benefits** (or the "Part D EOB").

The **Part D Explanation of Benefits** tells you the total amount you, or others on your behalf, have spent on your Part D prescription drugs and the total amount we have paid for each of your Part D prescription drugs during the month. The Part D EOB provides more information about the drugs you take, such as increases in price and other drugs with lower cost-sharing that may be available. You should consult with your prescriber about these lower cost options. **Chapter 6 (What you pay for your Part D prescription drugs)** gives more information about the **Part D Explanation of Benefits** and how it can help you keep track of your drug coverage.

A **Part D Explanation of Benefits** summary is also available upon request. To get a copy, please contact Customer Service (phone numbers are printed on the back cover of this booklet).

# SECTION 4          Your monthly premium for the plan

| Section 4.1 | How much is your plan premium? |
|---|---|

You do not pay a separate monthly plan premium for our plan. You must continue to pay your Medicare Part B premium (unless your Part B premium is paid for you by Medicaid or another third party).

**In some situations, your plan premium could be <u>more</u>**

In some situations, your plan premium could be more than the amount listed above in Section 4.1. This situation is  described below.

- Some members are required to pay a Part D **late enrollment penalty** because they did not join a Medicare drug plan when they first became eligible or because they had a continuous period of 63 days or more when they didn't have "creditable" prescription drug coverage. ("Creditable" means the drug coverage is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage.)  For these members, the Part D late enrollment penalty is added to the plan's monthly premium. Their premium amount will be the monthly plan premium plus the amount of their Part D late enrollment penalty.
  - ° If you receive "Extra Help" from Medicare to pay for your prescription drugs, you will not pay a late enrollment penalty.
  - ° If you are required to pay the Part D late enrollment penalty, the cost of the late enrollment penalty depends on how long you went without Part D or other creditable prescription drug coverage. Chapter 1, Section 5 explains the Part D late enrollment penalty.
  - ° If you have a Part D late enrollment penalty and do not pay it, you could be disenrolled from the plan.
- Some members may be required to pay an extra charge, known as the Part D Income Related Monthly Adjustment Amount, also known as IRMAA, because, 2 years ago, they had a modified adjusted gross income, above a certain amount, on their IRS tax return. Members subject to an IRMAA will have to pay the standard premium amount and this extra charge, which will be added to their premium. Chapter 1, Section 6 explains the IRMAA in further detail.

# SECTION 5          Do you have to pay the Part D "late enrollment penalty"?

| Section 5.1 | What is the Part D "late enrollment penalty"? |
|---|---|

**Note:** If you receive "Extra Help" from Medicare to pay for your prescription drugs, you will not pay a late enrollment penalty.

The late enrollment penalty is an amount that is added to your Part D premium. You may owe a Part D late enrollment penalty if at any time after your initial enrollment period is over, there is a period

of 63 days or more in a row when you did not have Part D or other creditable prescription drug coverage. "Creditable prescription drug coverage" is coverage that meets Medicare's minimum standards since it is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage. The cost of the late enrollment penalty depends on how long you went without Part D or other creditable prescription drug coverage. You will have to pay this penalty for as long as you have Part D coverage.

When you first enroll in our plan, we let you know the amount of the penalty. Your Part D late enrollment penalty is considered your plan premium.

| Section 5.2 | How much is the Part D late enrollment penalty? |
|---|---|

Medicare determines the amount of the penalty. Here is how it works:

- First count the number of full months that you delayed enrolling in a Medicare drug plan, after you were eligible to enroll. Or count the number of full months in which you did not have creditable prescription drug coverage, if the break in coverage was 63 days or more. The penalty is 1% for every month that you didn't have creditable coverage. For example, if you go 14 months without coverage, the penalty will be 14%.
- Then Medicare determines the amount of the average monthly premium for Medicare drug plans in the nation from the previous year. For 2021, this average premium amount is $33.06.
- To calculate your monthly penalty, you multiply the penalty percentage and the average monthly premium and then round it to the nearest 10 cents. In the example here it would be 14% times $33.06, which equals $4.63. This rounds to $4.60. This amount would be added **to the monthly premium for someone with a Part D late enrollment penalty.**

There are three important things to note about this monthly Part D late enrollment penalty:

- First, **the penalty may change each year**, because the average monthly premium can change each year. If the national average premium (as determined by Medicare) increases, your penalty will increase.
- Second, **you will continue to pay a penalty** every month for as long as you are enrolled in a plan that has Medicare Part D drug benefits, even if you change plans.
- Third, if you are under 65 and currently receiving Medicare benefits, the Part D late enrollment penalty will reset when you turn 65. After age 65, your Part D late enrollment penalty will be based only on the months that you don't have coverage after your initial enrollment period for aging into Medicare.

| Section 5.3 | In some situations, you can enroll late and not have to pay the penalty |
|---|---|

Even if you have delayed enrolling in a plan offering Medicare Part D coverage when you were first eligible, sometimes you do not have to pay the Part D late enrollment penalty.

**You will not have to pay a penalty for late enrollment if you are in any of these situations:**

- If you already have prescription drug coverage that is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage. Medicare calls this "**creditable drug coverage**." Please note:
  - Creditable coverage could include drug coverage from a former employer or union, TRICARE, or the Department of Veterans Affairs. Your insurer or your human resources department will tell you each year if your drug coverage is creditable coverage. This information may be sent to you in a letter or included in a newsletter from the plan. Keep this information, because you may need it if you join a Medicare drug plan later.
    - Please note: If you receive a "certificate of creditable coverage" when your health coverage ends, it may not mean your prescription drug coverage was creditable. The notice must state that you had "creditable" prescription drug coverage that expected to pay as much as Medicare's standard prescription drug plan pays.
  - The following are **not** creditable prescription drug coverage: prescription drug discount cards, free clinics, and drug discount websites.
  - For additional information about creditable coverage, please look in your **Medicare & You 2021** Handbook or call Medicare at 1-800-MEDICARE (1-800-633-4227). TTY users call 1-877-486-2048. You can call these numbers for free, 24 hours a day, 7 days a week.
- If you were without creditable coverage, but you were without it for less than 63 days in a row.
- If you are receiving "Extra Help" from Medicare.

| Section 5.4 | What can you do if you disagree about your Part D late enrollment penalty? |
|---|---|

If you disagree about your Part D late enrollment penalty, you or your representative can ask for a review of the decision about your late enrollment penalty. Generally, you must request this review **within 60 days** from the date on the first letter you receive stating you have to pay a late enrollment penalty. If you were paying a penalty before joining our plan, you may not have another chance to request a review of that late enrollment penalty. Call Customer Service to find out more about how to do this (phone numbers are printed on the back cover of this booklet).

# SECTION 6        Do you have to pay an extra Part D amount because of your income?

| Section 6.1 | Who pays an extra Part D amount because of income? |
|---|---|

If your modified adjusted gross income as reported on your IRS tax return from 2 years ago is above a certain amount, you'll pay the standard premium amount and an Income Related Monthly Adjustment Amount, also known as IRMAA. IRMAA is an extra charge added to your premium.

If you have to pay an extra amount, Social Security, not your Medicare plan, will send you a letter telling you what that extra amount will be and how to pay it. The extra amount will be withheld from your Social Security, Railroad Retirement Board, or Office of Personnel Management benefit check, no matter how you usually pay your plan premium, unless your monthly benefit isn't enough to cover the extra amount owed. If your benefit check isn't enough to cover the extra amount, you will get a bill from Medicare. **You must pay the extra amount to the government. It cannot be paid with your monthly plan premium.**

| Section 6.2 | How much is the extra Part D amount? |
|---|---|

If your modified adjusted gross income (MAGI) as reported on your IRS tax return is above a certain amount, you will pay an extra amount in addition to your monthly plan premium. For more information on the extra amount you may have to pay based on your income, visit www.medicare.gov/part-d/costs/premiums/drug-plan-premiums.html.

| Section 6.3 | What can you do if you disagree about paying an extra Part D amount? |
|---|---|

If you disagree about paying an extra amount because of your income, you can ask Social Security to review the decision. To find out more about how to do this, contact Social Security at 1-800-772-1213 (TTY 1-800-325-0778).

| Section 6.4 | What happens if you do not pay the extra Part D amount? |
|---|---|

The extra amount is paid directly to the government (not your Medicare plan) for your Medicare Part D coverage. If you are required by law to pay the extra amount and you do not pay it, you will be disenrolled from the plan and lose prescription drug coverage.

# SECTION 7          More information about your monthly premium

**Many members are required to pay other Medicare premiums**

Many members are required to pay other Medicare premiums. As explained in Section 2 above, in order to be eligible for our plan, you must have both Medicare Part A and Medicare Part B. Some plan members (those who aren't eligible for premium-free Part A) pay a premium for Medicare Part A. Most plan members pay a premium for Medicare Part B. **You must continue paying your Medicare premiums to remain a member of the plan.**

If your modified adjusted gross income as reported on your IRS tax return from 2 years ago is above a certain amount, you'll pay the standard premium amount and an Income Related Monthly Adjustment Amount, also known as IRMAA. IRMAA is an extra charge added to your premium.

- **If you are required to pay the extra amount and you do not pay it, you <u>will</u> be disenrolled from the plan and lose prescription drug coverage**.
- If you have to pay an extra amount, Social Security, **not your Medicare plan**, will send you a letter telling you what that extra amount will be.
- For more information about Part D premiums based on income, go to Chapter 1, Section 6 of this booklet. You can also visit www.medicare.gov on the web or call 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048. Or you may call Social Security at 1-800-772-1213. TTY users should call 1-800-325-0778.

Your copy of **Medicare & You 2021** gives information about the Medicare premiums in the section called "2021 Medicare Costs." This explains how the Medicare Part B and Part D premiums differ for people with different incomes. Everyone with Medicare receives a copy of **Medicare & You** each year in the fall. Those new to Medicare receive it within a month after first signing up. You can also download a copy of **Medicare & You 2021** from the Medicare website (www.medicare.gov). Or, you can order a printed copy by phone at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users call 1-877-486-2048.

| Section 7.1 | If you pay a Part D late enrollment penalty, there are several ways you can pay your penalty |
|---|---|

If you pay a Part D late enrollment penalty, there are four ways you can pay the penalty. Please contact Customer Service to notify us of your payment option choice or if you'd like to change your existing option. (You can find our phone number on the back cover of this booklet.)

If you decide to change the way you pay your Part D late enrollment penalty, it can take up to three months for your new payment method to take effect. While we are processing your request for a new payment method, you are responsible for making sure that your Part D late enrollment penalty is paid on time.

**Option 1: You can pay by check**

We will send you a monthly bill for your late enrollment penalty. Make your payment payable to UnitedHealthcare. Please see your bill for the mailing address and other information. Include your member ID number on your check or money order. If making a payment for more than one member, include a payment slip for each member. Include the member ID number for each member on the check or money order.  All payments must be received on or before the due date shown on the monthly bill. If you need your monthly bill replaced, please call Customer Service.

**Option 2: Electronic Funds Transfer**

Instead of paying by check, you can have your late enrollment penalty automatically deducted from your checking account. Your monthly payment will be deducted around the 5th of each month. If

you wish to sign up for Electronic Funds Transfer (EFT),  you may follow the instructions on your monthly bill, or you may call Customer Service.

**Option 3: You can pay by credit card**

Instead of paying by check, you can pay your late enrollment penalty with your credit card. If you wish to sign up to use your credit card to pay your late enrollment penalty please call Customer Service.

**Option 4: You can have the Part D late enrollment penalty taken out of your monthly Social Security check**

You can have the Part D late enrollment penalty taken out of your monthly Social Security check. Contact Customer Service for more information on how to pay your penalty this way. We will be happy to help you set this up. (Phone numbers for Customer Service are printed on the back cover of this booklet.)

**What to do if you are having trouble paying your Part D late enrollment penalty**

Your Part D late enrollment penalty is due in our office by the first day of the month. If we have not received your penalty payment by the first day of the month, we will send you a delinquency notice. In addition, we have the right to pursue collection of these penalty amounts you owe.

If you are having trouble paying your Part D late enrollment penalty on time, please contact Customer Service to see if we can direct you to programs that will help with your penalty. (Phone numbers for Customer Service are printed on the back cover of this booklet.)

If we end your membership because you did not pay your  Part D late enrollment penalty, you will have health coverage under Original Medicare.

If we end your membership with the plan because you did not pay your Part D enrollment penalty, and you don't currently have prescription drug coverage then you may not be able to receive Part D coverage until the following year if you enroll in a new plan during the annual enrollment period. During the annual Medicare open enrollment period, you may either join a stand-alone prescription drug plan or a health plan that also provides drug coverage. (If you go without "creditable" drug coverage for more than 63 days, you may have to pay a Part D late enrollment penalty for as long as you have Part D coverage.)

At the time we end your membership, you may still owe us for the penalty you have not paid. We have the right to pursue collection of the penalty amount you owe. If you request enrollment in one of our plans and have unpaid premiums in a current or prior plan of ours, we have the right to require payment of any premium amounts you owe, before allowing you to enroll.

If you think we have wrongfully ended your membership, you have a right to ask us to reconsider this decision by making a complaint. Chapter 9, Section 10 of this booklet tells how to make a complaint. If you had an emergency circumstance that was out of your control and it caused you to not be able to pay your premiums within our grace period, you can ask us to reconsider this decision by calling 1-800-643-4845 between 8 a.m. - 8 p.m. local time, 7 days a week. TTY users should call 711. You must make your request no later than 60 days after the date your membership ends.

| Section 7.2 | Can we change your monthly plan premium during the year? |
|---|---|

**No.** We are not allowed to begin charging a monthly plan premium during the year.  If the monthly plan premium changes for next year we will tell you in September and the change will take effect on January 1.

However, in some cases, you may need to start paying or may be able to stop paying a late enrollment penalty. (The late enrollment penalty may apply if you had a continuous period of 63 days or more when you didn't have "creditable" prescription drug coverage.) This could happen if you become eligible for the "Extra Help" program or if you lose your eligibility for the "Extra Help" program during the year:

- If you currently pay the Part D late enrollment penalty and become eligible for "Extra Help" during the year, you would be able to stop paying your penalty.
- If you lose Extra Help, you may be subject to the late enrollment penalty if you go 63 days or more in a row without Part D or other creditable prescription drug coverage.

You can find out more about the "Extra Help" program in Chapter 2, Section 7.

# SECTION 8          Please keep your plan membership record up to date

| Section 8.1 | How to help make sure that we have accurate information about you |
|---|---|

Your membership record has information from your enrollment form, including your address and telephone number. It shows your specific plan coverage including your Primary Care Provider.

The doctors, hospitals, pharmacists, and other providers in the plan's network need to have correct information about you. **These network providers use your membership record to know what services and drugs are covered and the cost-sharing amounts for you**. Because of this, it is very important that you help us keep your information up to date.

**Let us know about these changes:**

- Changes to your name, your address, or your phone number.
- Changes in any other  medical or drug insurance coverage you have (such as from your employer, your spouse's employer, Workers' Compensation, or Medicaid).
- If you have any liability claims, such as claims from an automobile accident.
- If you have been admitted to a nursing home.
- If you receive care in an out-of-area or out-of-network hospital or emergency room.
- If your designated responsible party (such as a caregiver) changes.
- If you are participating in a clinical research study.

If any of this information changes, please let us know by calling Customer Service (phone numbers are printed on the back cover of this booklet).

It is also important to contact Social Security if you move or change your mailing address. You can find phone numbers and contact information for Social Security in Chapter 2, Section 5.

**Read over the information we send you about any other insurance coverage you have**

Medicare requires that we collect information from you about any other medical or drug insurance coverage that you have. That's because we must coordinate any other coverage you have with your benefits under our plan. (For more information about how our coverage works when you have other insurance, see Section 10 in this chapter.)

Once each year, we will send you a letter that lists any other medical or drug insurance coverage that we know about. Please read over this information carefully. If it is correct, you don't need to do anything. If the information is incorrect, or if you have other coverage that is not listed, please call Customer Service (phone numbers are printed on the back cover of this booklet).

# SECTION 9       We protect the privacy of your personal health information

| Section 9.1 | We make sure that your health information is protected |
| --- | --- |

Federal and state laws protect the privacy of your medical records and personal health information. We protect your personal health information as required by these laws.

For more information about how we protect your personal health information, please go to Chapter 8, Section 1.3 of this booklet.

# SECTION 10       How other insurance works with our plan

| Section 10.1 | Which plan pays first when you have other insurance? |
| --- | --- |

When you have other insurance (like employer group health coverage), there are rules set by Medicare that decide whether our plan or your other insurance pays first. The insurance that pays first is called the "primary payer" and pays up to the limits of its coverage. The one that pays second, called the "secondary payer," only pays if there are costs left uncovered by the primary coverage. The secondary payer may not pay all of the uncovered costs.

These rules apply for employer or union group health plan coverage:

- If you have retiree coverage, Medicare pays first.
- If your group health plan coverage is based on your or a family member's current employment, who pays first depends on your age, the number of people employed by your employer, and whether you have Medicare based on age, disability, or End-Stage Renal Disease (ESRD):
  - If you're under 65 and disabled and you or your family member is still working, your group health plan pays first if the employer has 100 or more employees or at least one employer in a multiple employer plan that has more than 100 employees.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 1: Getting started as a member                                                    1-16

- ○ If you're over 65 and you or your spouse is still working, your group health plan pays first if the employer has 20 or more employees or at least one employer in a multiple employer plan that has more than 20 employees.
- If you have Medicare because of ESRD, your group health plan will pay first for the first 30 months after you become eligible for Medicare.

These types of coverage usually pay first for services related to each type:

- No-fault insurance (including automobile insurance)
- Liability (including automobile insurance)
- Black lung benefits
- Workers' Compensation

Medicaid  and TRICARE never pay first for Medicare-covered services. They only pay after Medicare, employer group health plans, and/or Medigap have paid.

If you have other insurance, tell your doctor, hospital, and pharmacy. If you have questions about who pays first, or you need to update your other insurance information, call Customer Service (phone numbers are printed on the back cover of this booklet). You may need to give your plan member ID number to your other insurers (once you have confirmed their identity) so your bills are paid correctly and on time.

# Chapter 2
Important phone numbers and resources

# Chapter 2
## Important phone numbers and resources

**SECTION 1**  AARP Medicare Advantage Choice Plan 2 (Regional PPO) Contacts (how to contact us, including how to reach Customer Service at the plan).....................2

**SECTION 2**  Medicare (how to get help and information directly from the Federal Medicare program)...........................................................................................................7

**SECTION 3**  State Health Insurance Assistance Program (free help, information, and answers to your questions about Medicare)..........................................................8

**SECTION 4**  Quality Improvement Organization (paid by Medicare to check on the quality of care for people with Medicare)...............................................................9

**SECTION 5**  Social Security.......................................................................................10

**SECTION 6**  Medicaid (a joint Federal and state program that helps with medical costs for some people with limited income and resources)................................................11

**SECTION 7**  Information about programs to help people pay for their prescription drugs....12

**SECTION 8**  How to contact the Railroad Retirement Board..................................... 14

**SECTION 9**  Do you have "group insurance" or other health insurance from an employer?. 15

## SECTION 1          AARP Medicare Advantage Choice Plan 2 (Regional PPO) Contacts (how to contact us, including how to reach Customer Service at the plan)

**How to contact our plan's Customer Service**

For assistance with claims, billing, or UnitedHealthcare member ID card questions, please call or write to our plan Customer Service. We will be happy to help you.

| Method | Customer Service - Contact Information |
|---|---|
| **CALL** | **1-800-643-4845**<br>Calls to this number are free.<br>Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week<br>Customer Service also has free language interpreter services available for non-English speakers. |
| **TTY** | **711**<br><br>Calls to this number are free.<br>Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week |
| **WRITE** | UnitedHealthcare Customer Service Department<br>P.O. Box 30770, Salt Lake City, UT 84130-0770 |
| **WEBSITE** | **www.myAARPMedicare.com** |

**How to contact us when you are asking for a coverage decision about your medical care**

A coverage decision is a decision we make about your benefits and coverage or about the amount we will pay for your medical services. For more information on asking for coverage decisions about your medical care, see Chapter 9 (What to do if you have a problem or complaint (coverage decisions, appeals, complaints)).

You may call us if you have questions about our coverage decision process.

| Method | Coverage Decisions for Medical Care – Contact Information |
|---|---|
| **CALL** | **1-800-643-4845**<br>Calls to this number are free.<br>Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week |
| **TTY** | **711**<br><br>Calls to this number are free.<br>Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week |

| Method | Coverage Decisions for Medical Care – Contact Information |
|--------|----------------------------------------------------------|
| **FAX** | **1-888-950-1170** |
| **WRITE** | UnitedHealthcare Customer Service Department (Organization Determinations)<br>P.O. Box 30770, Salt Lake City, UT 84130-0770 |
| **WEBSITE** | **www.myAARPMedicare.com** |

**How to contact us when you are making an appeal about your medical care**

An appeal is a formal way of asking us to review and change a coverage decision we have made. For more information on making an appeal about your medical care, see Chapter 9 **(What to do if you have a problem or complaint (coverage decisions, appeals, complaints))**.

| Method | Appeals for Medical Care – Contact Information |
|--------|-----------------------------------------------|
| **CALL** | **1-800-643-4845**<br>Calls to this number are free.<br>Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week<br>For fast/expedited appeals for medical care:<br>**1-877-262-9203**<br>Calls to this number are free.<br>Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week |
| **TTY** | **711**<br><br>Calls to this number are free.<br>Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week |
| **FAX** | For fast/expedited appeals only:<br>**1-866-373-1081** |
| **WRITE** | UnitedHealthcare Appeals and Grievances Department<br>P.O. Box 6106, MS CA124-0157, Cypress, CA 90630-0016 |
| **WEBSITE** | **www.myAARPMedicare.com** |

**How to contact us when you are making a complaint about your medical care**

You can make a complaint about us or one of our network providers, including a complaint about the quality of your care. This type of complaint does not involve coverage or payment disputes. (If you have a problem about the plan's coverage or payment, you should look at the section above about making an appeal.) For more information on making a complaint about your medical care,

see Chapter 9 **(What to do if you have a problem or complaint (coverage decisions, appeals, complaints)).**

| Method | Complaints about Medical Care – Contact Information |
|---|---|
| **CALL** | **1-800-643-4845**<br>Calls to this number are free.<br>Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week<br>For fast/expedited complaints about medical care:<br>**1-877-262-9203**<br>Calls to this number are free.<br>Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week |
| **TTY** | **711**<br><br>Calls to this number are free.<br>Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week |
| **FAX** | For fast/expedited complaints only:<br>**1-866-373-1081** |
| **WRITE** | UnitedHealthcare Appeals and Grievances Department<br>P.O. Box 6106, MS CA124-0157, Cypress, CA 90630-0016 |
| **MEDICARE WEBSITE** | You can submit a complaint about AARP Medicare Advantage Choice Plan 2 (Regional PPO) directly to Medicare. To submit an online complaint to Medicare go to **www.medicare.gov/ MedicareComplaintForm/home.aspx.** |

**How to contact us when you are asking for a coverage decision about your Part D prescription drugs**

A coverage decision is a decision we make about your benefits and coverage or about the amount we will pay for your prescription drugs covered under the Part D benefit included in your plan. For more information on asking for coverage decisions about your Part D prescription drugs, see Chapter 9 **(What to do if you have a problem or complaint (coverage decisions, appeals, complaints)).**

| Method | Coverage Decisions for Part D Prescription Drugs – Contact Information |
|---|---|
| **CALL** | **1-800-643-4845**<br>Calls to this number are free.<br> Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week |

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 2: Important phone numbers and resources                                                        2-5

| Method | Coverage Decisions for Part D Prescription Drugs – Contact Information |
|--------|-----------------------------------------------------------------------|
| **TTY** | **711**<br><br>Calls to this number are free.<br>Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week |
| **FAX** | **1-844-403-1028** |
| **WRITE** | OptumRx Prior Authorization Department<br>P.O. Box 25183, Santa Ana, CA 92799 |
| **WEBSITE** | **www.myAARPMedicare.com** |

**How to contact us when you are making an appeal about your Part D prescription drugs**

An appeal is a formal way of asking us to review and change a coverage decision we have made.
For more information on making an appeal about your Part D prescription drugs, see Chapter 9
**(What to do if you have a problem or complaint (coverage decisions, appeals, complaints)).**

| Method | Appeals for Part D Prescription Drugs – Contact Information |
|--------|------------------------------------------------------------|
| **CALL** | **1-800-643-4845**<br>Calls to this number are free.<br> Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week<br>For fast/expedited appeals for Part D prescription drugs:<br>**1-800-595-9532**<br>Calls to this number are free.<br>Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week |
| **TTY** | **711**<br><br>Calls to this number are free.<br>Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week |
| **FAX** | For standard Part D prescription drug appeals:<br>**1-866-308-6294**<br>For fast/expedited Part D prescription drug appeals:<br>**1-866-308-6296** |
| **WRITE** | UnitedHealthcare Part D Appeal and Grievance Department<br>P.O. Box 6106, MS CA124-0197, Cypress, CA 90630-0016 |
| **WEBSITE** | **www.myAARPMedicare.com** |

**How to contact us when you are making a complaint about your Part D prescription drugs**

You can make a complaint about us or one of our network pharmacies, including a complaint about the quality of your care. This type of complaint does not involve coverage or payment disputes. (If your problem is about the plan's coverage or payment, you should look at the section above about making an appeal.) For more information on making a complaint about your Part D prescription drugs, see Chapter 9 **(What to do if you have a problem or complaint (coverage decisions, appeals, complaints)).**

| Method | Complaints about Part D Prescription Drugs – Contact Information |
|---|---|
| **CALL** | **1-800-643-4845**<br>Calls to this number are free.<br>Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week<br>For fast/expedited complaints about Part D prescription drugs:<br>**1-800-595-9532**<br>Calls to this number are free.<br>Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week |
| **TTY** | **711**<br><br>Calls to this number are free.<br>Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week |
| **FAX** | For standard Part D prescription drug complaints:<br>**1-866-308-6294**<br>For fast/expedited Part D prescription drug complaints:<br>**1-866-308-6296** |
| **WRITE** | UnitedHealthcare Part D Appeal and Grievance Department<br>P.O. Box 6106, MS CA124-0197, Cypress, CA 90630-0016 |
| **MEDICARE WEBSITE** | You can submit a complaint about AARP Medicare Advantage Choice Plan 2 (Regional PPO) directly to Medicare. To submit an online complaint to Medicare go to **www.medicare.gov/ MedicareComplaintForm/home.aspx.** |

**Where to send a request asking us to pay for our share of the cost for medical care or a drug you have received.**

For more information on situations in which you may need to ask us for reimbursement or to pay a bill you have received from a provider, see Chapter 7 **(Asking us to pay our share of a bill you have received for covered medical services or drugs).**

Please note: If you send us a payment request and we deny any part of your request, you can appeal our decision. See Chapter 9 **(What to do if you have a problem or complaint (coverage decisions, appeals, complaints))** for more information.

| Method | Payment Requests – Contact Information |
|---|---|
| **CALL** | **1-800-643-4845**<br>Calls to this number are free.<br>Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week |
| **TTY** | **711**<br><br>Calls to this number are free.<br>Hours of Operation: 8 a.m. - 8 p.m. local time, 7 days a week |
| **WRITE** | Medical claims payment requests:<br>UnitedHealthcare<br>P.O. Box 31362, Salt Lake City, UT 84131-0362<br>Part D prescription drug payment requests:<br>OptumRx<br>P.O. Box 650287, Dallas, TX 75265-0287 |
| **WEBSITE** | **www.myAARPMedicare.com** |

## SECTION 2        Medicare (how to get help and information directly from the Federal Medicare program)

Medicare is the Federal health insurance program for people 65 years of age or older, some people under age 65 with disabilities, and people with End-Stage Renal Disease (permanent kidney failure requiring dialysis or a kidney transplant).

The Federal agency in charge of Medicare is the Centers for Medicare & Medicaid Services (sometimes called "CMS"). This agency contracts with Medicare Advantage organizations, including us.

| Method | Medicare – Contact Information |
|---|---|
| **CALL** | **1-800-MEDICARE,** or **1-800-633-4227**<br>Calls to this number are free.<br>24 hours a day, 7 days a week. |
| **TTY** | **1-877-486-2048**<br>This number requires special telephone equipment and is only for people who have difficulties with hearing or speaking. |

| Method | Medicare – Contact Information |
|---|---|
| | Calls to this number are free. |
| **WEBSITE** | **www.medicare.gov** |
| | This is the official government website for Medicare. It gives you up-to-date information about Medicare and current Medicare issues. It also has information about hospitals, nursing homes, physicians, home health agencies, and dialysis facilities. It includes booklets you can print directly from your computer. You can also find Medicare contacts in your state. |
| | The Medicare website also has detailed information about your Medicare eligibility and enrollment options with the following tools: |
| | • **Medicare Eligibility Tool:** Provides Medicare eligibility status information. |
| | • **Medicare Plan Finder:** Provides personalized information about available Medicare prescription drug plans, Medicare health plans, and Medigap (Medicare Supplement Insurance) policies in your area. These tools provide an **estimate** of what your out-of-pocket costs might be in different Medicare plans. |
| | You can also use the website to tell Medicare about any complaints you have about AARP Medicare Advantage Choice Plan 2 (Regional PPO): |
| | • **Tell Medicare about your complaint:** You can submit a complaint about AARP Medicare Advantage Choice Plan 2 (Regional PPO) directly to Medicare. To submit a complaint to Medicare, go to www.medicare.gov/MedicareComplaintForm/home.aspx. Medicare takes your complaints seriously and will use this information to help improve the quality of the Medicare program. |
| | If you don't have a computer, your local library or senior center may be able to help you visit this website using its computer. Or, you can call Medicare and tell them what information you are looking for. They will find the information on the website, print it out, and send it to you. (You can call Medicare at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.) . |

## SECTION 3   State Health Insurance Assistance Program (free help, information, and answers to your questions about Medicare)

The State Health Insurance Assistance Program (SHIP) is a government program with trained counselors in every state. In your state, the SHIP is called Florida Serving Health Insurance Needs of Elders (SHINE).

Your SHIP is independent (not connected with any insurance company or health plan). It is a state program that gets money from the Federal government to give free local health insurance counseling to people with Medicare.

SHIP counselors can help you with your Medicare questions or problems. They can help you understand your Medicare rights, help you make complaints about your medical care or treatment, and help you straighten out problems with your Medicare bills. SHIP counselors can also help you understand your Medicare plan choices and answer questions about switching plans.

| Method | State Health Insurance Assistance Program (SHIP) – Contact Information<br>Florida<br>Florida Serving Health Insurance Needs of Elders (SHINE) |
|---|---|
| **CALL** | **1-800-963-5337** |
| **TTY** | **1-800-955-8770**<br>This number requires special telephone equipment and is only for people who have difficulties with hearing or speaking. |
| **WRITE** | 4040 Esplanade Way, STE 270, Tallahassee, FL 32399-7000 |
| **WEBSITE** | **www.floridashine.org** |

## SECTION 4          Quality Improvement Organization (paid by Medicare to check on the quality of care for people with Medicare)

There is a designated Quality Improvement Organization for serving Medicare beneficiaries in each state.  For Florida, the Quality Improvement Organization is called KEPRO.

Your state's Quality Improvement Organization has a group of doctors and other health care professionals who are paid by the Federal government. This organization is paid by Medicare to check on and help improve the quality of care for people with Medicare. The state's Quality Improvement Organization is an independent organization. It is not connected with our plan.

You should contact your state's Quality Improvement Organization in any of these situations:

- You have a complaint about the quality of care you have received.
- You think coverage for your hospital stay is ending too soon.
- You think coverage for your home health care, skilled nursing facility care, or Comprehensive Outpatient Rehabilitation Facility (CORF) services are ending too soon.

| Method | Quality Improvement Organization (QIO) – Contact Information Florida KEPRO |
|---|---|
| **CALL** | **1-888-317-0751** <br> **9 a.m. - 5 p.m. local time, Monday - Friday; 11 a.m. - 3 p.m. local time, weekends and holidays** |
| **TTY** | **1-855-843-4776** <br> This number requires special telephone equipment and is only for people who have difficulties with hearing or speaking. |
| **WRITE** | 5201 W Kennedy BLVD, STE 900, Tampa, FL 33609 |
| **WEBSITE** | **https://www.keproqio.com/providers/transition** |

## SECTION 5          Social Security

Social Security is responsible for determining eligibility and handling enrollment for Medicare. U.S. citizens and lawful permanent residents who are 65 or older, or who have a disability or End-Stage Renal Disease and meet certain conditions, are eligible for Medicare. If you are already getting Social Security checks, enrollment into Medicare is automatic. If you are not getting Social Security checks, you have to enroll in Medicare. Social Security handles the enrollment process for Medicare. To apply for Medicare, you can call Social Security or visit your local Social Security office.

Social Security is also responsible for determining who has to pay an extra amount for their Part D drug coverage because they have a higher income. If you got a letter from Social Security telling you that you have to pay the extra amount and have questions about the amount or if your income went down because of a life-changing event, you can call Social Security to ask for reconsideration.

If you move or change your mailing address, it is important that you contact Social Security to let them know.

| Method | Social Security – Contact Information |
|---|---|
| **CALL** | **1-800-772-1213** <br> Calls to this number are free. <br> Available 7:00 am to 7:00 pm, Monday through Friday. <br> You can use Social Security's automated telephone services to get recorded information and conduct some business 24 hours a day. |
| **TTY** | **1-800-325-0778** |

| Method | Social Security – Contact Information |
|---|---|
|  | This number requires special telephone equipment and is only for people who have difficulties with hearing or speaking.<br>Calls to this number are free.<br>Available 7:00 am to 7:00 pm, Monday through Friday. |
| **WEBSITE** | **www.ssa.gov** |

## SECTION 6 Medicaid (a joint Federal and state program that helps with medical costs for some people with limited income and resources)

Medicaid is a joint Federal and state government program that helps with medical costs for certain people with limited incomes and resources. Some people with Medicare are also eligible for Medicaid.

In addition, there are programs offered through Medicaid that help people with Medicare pay their Medicare costs, such as their Medicare premiums. These "Medicare Savings Programs" help people with limited income and resources save money each year:

- **Qualified Medicare Beneficiary (QMB):** Helps pay Medicare Part A and Part B premiums, and other cost-sharing (like deductibles, coinsurance, and copayments). (Some people with QMB are also eligible for full Medicaid benefits (QMB+).)

- **Specified Low-Income Medicare Beneficiary (SLMB):** Helps pay Part B premiums. (Some people with SLMB are also eligible for full Medicaid benefits (SLMB+).)

- **Qualified Individual (QI):** Helps pay Part B premiums.

- **Qualified Disabled & Working Individuals (QDWI):** Helps pay Part A premiums.

To find out more about Medicaid and its programs, contact your state Medicaid agency.

| Method | State Medicaid Program – Contact Information<br>Florida<br>Florida Medicaid Agency for Health Care Administration (AHCA) |
|---|---|
| **CALL** | **1-888-419-3456**<br>**8 a.m. - 5 p.m. ET, Monday - Friday** |
| **TTY** | **1-800-955-8771**<br>This number requires special telephone equipment and is only for people who have difficulties with hearing or speaking. |
| **WRITE** | 2727 Mahan DR, MS 6, Tallahassee, FL 32308 |

| Method | State Medicaid Program – Contact Information<br>Florida<br>Florida Medicaid Agency for Health Care Administration (AHCA) |
|--------|-----------------------------------------------------------------------------------------------------------------------|
| **WEBSITE** | https://ahca.myflorida.com/ |

## SECTION 7    Information about programs to help people pay for their prescription drugs

**Medicare's "Extra Help" Program**

Medicare provides "Extra Help" to pay prescription drug costs for people who have limited income and resources. Resources include your savings and stocks, but not your home or car. If you qualify, you get help paying for any Medicare drug plan's monthly premium, yearly deductible, and prescription copayments. This "Extra Help" also counts toward your out-of-pocket costs.

People with limited income and resources may qualify for "Extra Help." Some people automatically qualify for "Extra Help" and don't need to apply. Medicare mails a letter to people who automatically qualify for "Extra Help."

You may be able to get "Extra Help" to pay for your prescription drug premiums and costs. To see if you qualify for getting "Extra Help," call:

- 1-800-MEDICARE (1-800-633-4227). TTY users should call 1-877-486-2048, 24 hours a day, 7 days a week;
- The Social Security Office at 1-800-772-1213, between 7 am to 7 pm, Monday through Friday. TTY users should call 1-800-325-0778 (applications); or
- Your State Medicaid Office (applications). (See Section 6 of this chapter for contact information.)

If you believe you have qualified for "Extra Help" and you believe that you are paying an incorrect cost-sharing amount when you get your prescription at a pharmacy, our plan has established a process that allows you to either request assistance in obtaining evidence of your proper copayment level, or, if you already have the evidence, to provide this evidence to us.

- Fax the information to 501-262-7070 or mail it to P.O. Box 29300, Hot Springs, AR 71903-9300.
- When we receive the evidence showing your copayment level, we will update our system so that you can pay the correct copayment when you get your next prescription at the pharmacy. If you overpay your copayment, we will reimburse you. Either we will forward a check to you in the amount of your overpayment or we will offset future copayments. If the pharmacy hasn't collected a copayment from you and is carrying your copayment as a debt owed by you, we may make the payment directly to the pharmacy. If a state paid on your behalf, we may make payment directly to the state. Please contact Customer Service if you have questions (phone numbers are printed on the back cover of this booklet).

**Medicare Coverage Gap Discount Program**

AARP Medicare Advantage Choice Plan 2 (Regional PPO) offers additional gap coverage for Select Insulin Drugs. During the Coverage Gap stage, your out-of-pocket costs for Select Insulin Drugs will be $35 for a one month retail supply. Please go to Chapter 6, Section 2.1 for more information about your coverage during the Coverage Gap stage. Note: This cost-sharing only applies to beneficiaries who do not qualify for a program that helps pay for your drugs ("Extra Help"). To find out which drugs are Select Insulin Drugs, review the most recent Drug List we provided electronically. If you have questions about the Drug List, you can also call Customer Service (Phone numbers for Customer Service are printed on the back cover of this booklet).

The Medicare Coverage Gap Discount Program provides manufacturer discounts on brand name drugs to Part D members who have reached the coverage gap and are not receiving "Extra Help." For brand name drugs, the 70% discount provided by manufacturers excludes any dispensing fee for costs in the gap. Members pay 25% of the negotiated price and a portion of the dispensing fee for brand name drugs.

If you reach the coverage gap, we will automatically apply the discount when your pharmacy bills you for your prescription and your **Part D Explanation of Benefits** (Part D EOB) will show any discount provided. Both the amount you pay and the amount discounted by the manufacturer count toward your out-of-pocket costs as if you had paid them and move you through the coverage gap. The amount paid by the plan (5%) does not count toward your out-of-pocket costs.

You also receive some coverage for generic drugs. If you reach the coverage gap, the plan pays 75% of the price for generic drugs and you pay the remaining 25% of the price. For generic drugs, the amount paid by the plan (75%) does not count toward your out-of-pocket costs. Only the amount you pay counts and moves you through the coverage gap. Also, the dispensing fee is included as part of the cost of the drug.

The Medicare Coverage Gap Discount Program is available nationwide. Because your plan offers additional gap coverage during the Coverage Gap Stage, your out-of-pocket costs will sometimes be lower than the costs described here. Please go to Chapter 6, Section 6 for more information about the amount of your copayment or coinsurance during the Coverage Gap Stage.

If you have any questions about the availability of discounts for the drugs you are taking or about the Medicare Coverage Gap Discount Program in general, please contact Customer Service (phone numbers are printed on the back cover of this booklet).

**What if you have coverage from an AIDS Drug Assistance Program (ADAP)?**
**What is the AIDS Drug Assistance Program (ADAP)?**

The AIDS Drug Assistance Program (ADAP) helps ADAP-eligible individuals living with HIV/AIDS have access to life-saving HIV medications. Medicare Part D prescription drugs that are also covered by ADAP qualify for prescription cost-sharing assistance. Note: To be eligible for the ADAP operating in your State, individuals must meet certain criteria, including proof of State residence and HIV status, low income as defined by the State, and uninsured/under-insured status.

If you are currently enrolled in an ADAP, it can continue to provide you with Medicare Part D prescription cost-sharing assistance for drugs on the ADAP formulary. In order to be sure you

continue receiving this assistance, please notify your local ADAP enrollment worker of any changes in your Medicare Part D plan name or policy number.

For information on eligibility criteria, covered drugs, or how to enroll in the program, please call your state ADAP office listed below.

| Method | AIDS Drug Assistance Program (ADAP) – Contact Information<br>Florida Department of Health ADAP |
|---|---|
| CALL | 1-800-352-2437<br>8 a.m. - 9 p.m. local time, Monday - Friday |
| WEBSITE | http://www.floridahealth.gov/diseases-and-conditions/aids/adap/index.html |

**What if you get "Extra Help" from Medicare to help pay your prescription drug costs? Can you get the discounts?**

No. If you get "Extra Help," you already have coverage for your prescription drug costs during the coverage gap.

**What if you don't get a discount, and you think you should have?**

If you think that you have reached the coverage gap and did not get a discount when you paid for your brand name drug, you should review your next **Part D Explanation of Benefits** (Part D EOB) notice. If the discount doesn't appear on your **Part D Explanation of Benefits**, you should contact us to make sure that your prescription records are correct and up-to-date. If we don't agree that you are owed a discount, you can appeal. You can get help filing an appeal from your State Health Insurance Assistance Program (SHIP) (telephone numbers are in Section 3 of this Chapter) or by calling 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

## SECTION 8          How to contact the Railroad Retirement Board

The Railroad Retirement Board is an independent Federal agency that administers comprehensive benefit programs for the nation's railroad workers and their families. If you have questions regarding your benefits from the Railroad Retirement Board, contact the agency.

If you receive your Medicare through the Railroad Retirement Board, it is important that you let them know if you move or change your mailing address.

| Method | Railroad Retirement Board – Contact Information |
|---|---|
| CALL | 1-877-772-5772<br>Calls to this number are free.<br>If you press "0," you may speak with an RRB representative from 9:00 am to 3:30 pm, Monday, Tuesday, Thursday, and Friday, and from 9:00 am to 12:00 pm on Wednesday. If you press "1", you may access the |

| Method | Railroad Retirement Board – Contact Information |
|--------|-------------------------------------------------|
|  | automated RRB HelpLine and recorded information 24 hours a day, including weekends and holidays. |
| TTY | **1-312-751-4701** <br> This number requires special telephone equipment and is only for people who have difficulties with hearing or speaking. <br> Calls to this number are **not** free. |
| WEBSITE | **rrb.gov/** |

## SECTION 9          Do you have "group insurance" or other health insurance from an employer?

If you (or your spouse) get benefits from your (or your spouse's) employer or retiree group as part of this plan, you may call the employer/union benefits administrator or Customer Service if you have any questions. You can ask about your (or your spouse's) employer or retiree health benefits, premiums, or the enrollment period. (Phone numbers for Customer Service are printed on the back cover of this booklet.) You may also call 1-800-MEDICARE (1-800-633-4227; TTY: 1-877-486-2048) with questions related to your Medicare coverage under this plan.

If you have other prescription drug coverage through your (or your spouse's) employer or retiree group, please contact **that group's benefits administrator.** The benefits administrator can help you determine how your current prescription drug coverage will work with our plan.

# Chapter 3

Using the plan's coverage
for your medical services

# Chapter 3
## Using the plan's coverage for your medical services

**SECTION 1**      **Things to know about getting your medical care covered as a member of our plan**...................................................................................................................3

Section 1.1   What are "network providers" and "covered services"?.........................3

Section 1.2   Basic rules for getting your medical care covered by the plan..............3

**SECTION 2**      **Using network and out-of-network providers to get your medical care**...............4

Section 2.1   You must choose a Primary Care Provider (PCP) to provide and oversee your medical care........................................................... 4

Section 2.2   How to get care from specialists and other network providers............. 5

Section 2.3   How to get care from out-of-network providers....................................... 6

Section 2.4   How to get care if you live in a non-network area.................................... 7

**SECTION 3**      **How to get covered services when you have an emergency or urgent need for care or during a disaster**............................................................................... 8

Section 3.1   Getting care if you have a medical emergency........................................ 8

Section 3.2   Getting care when you have an urgent need for services....................... 9

Section 3.3   Getting care during a disaster.................................................................. 9

**SECTION 4**      **What if you are billed directly for the full cost of your covered services?**.......... 10

Section 4.1   You can ask us to pay our share of the cost of covered services........ 10

Section 4.2   If services are not covered by our plan, you must pay the full cost...... 10

**SECTION 5**      **How are your medical services covered when you are in a "clinical research study"?**....................................................................................................... 10

Section 5.1   What is a "clinical research study"?........................................................ 10

Section 5.2   When you participate in a clinical research study, who pays for what? ....................................................................................................... 11

**SECTION 6**      **Rules for getting care covered in a "religious non-medical health care institution"**.................................................................................................... 12

Section 6.1   What is a religious non-medical health care institution?...................... 12

Section 6.2   Receiving Care From a Religious Non-Medical Health Care Institution ....................................................................................................... 12

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 3: Using the plan's coverage for your medical services                     3-2

**SECTION 7**    **Rules for ownership of durable medical equipment**..........................**13**

   Section 7.1   Will you own the durable medical equipment after making a certain
                 number of payments under our plan?....................................  13

**SECTION 8**    **Rules for Oxygen Equipment, Supplies, and Maintenance**...............**14**

   Section 8.1   What oxygen benefits are you entitled to?..............................  14

   Section 8.2   What is your cost-sharing? Will it change after 36 months?................  14

   Section 8.3   What happens if you leave your plan and return to Original Medicare?
                 ..........................................................................14

# SECTION 1        Things to know about getting your medical care covered as a member of our plan

This chapter explains what you need to know about using the plan to get your medical care covered. It gives definitions of terms and explains the rules you will need to follow to get the medical treatments, services, and other medical care that are covered by the plan.

For the details on what medical care is covered by our plan and how much you pay when you get this care, use the benefits chart in the next chapter, Chapter 4 **(Medical Benefits Chart, what is covered and what you pay).**

| Section 1.1 | What are "network providers" and "covered services"? |
| --- | --- |

Here are some definitions that can help you understand how you get the care and services that are covered for you as a member of our plan:

- **"Providers"** are doctors and other health care professionals licensed by the state to provide medical services and care. The term "providers" also includes hospitals and other health care facilities.
- **"Network providers"** are the doctors and other health care professionals, medical groups, hospitals, and other health care facilities that have an agreement with us to accept our payment and your cost-sharing amount as payment in full. We have arranged for these providers to deliver covered services to members in our plan. The providers in our network bill us directly for care they give you. When you see a network provider, you pay only your share of the cost for their services.
- **"Covered services"** include all the medical care, health care services, supplies, and equipment that are covered by our plan. Your covered services for medical care are listed in the benefits chart in Chapter 4.

| Section 1.2 | Basic rules for getting your medical care covered by the plan |
| --- | --- |

As a Medicare health plan, AARP Medicare Advantage Choice Plan 2 (Regional PPO) must cover all services covered by Original Medicare and must follow Original Medicare's coverage rules.

The plan will generally cover your medical care as long as:

- **The care you receive is included in the plan's Medical Benefits Chart** (this chart is in Chapter 4 of this booklet).
- **The care you receive is considered medically necessary**. "Medically necessary" means that the services, supplies, or drugs are needed for the prevention, diagnosis, or treatment of your medical condition and meet accepted standards of medical practice.
- **You receive your care from a provider who is eligible to provide services under Original Medicare.** As a member of our plan, you can receive your care from either a network provider or an out-of-network provider (for more about this, see Section 2 in this chapter).

- ° The providers in our network are listed in the **Provider Directory.**
- ° If you use an out-of-network provider, your share of the costs for your covered services may be higher.
- ° Because our plan is a Regional Preferred Provider Organization, if there isn't a network provider within your plan service area available for you to see, you can go to an out-of-network provider but still pay the in-network amounts.
- ° **Please note:** While you can get your care from an out-of-network provider, the provider must be eligible to participate in Medicare. Except for emergency care, we cannot pay a provider who has opted out of or been excluded or precluded from the Medicare Program. If you go to a provider who is not eligible to participate in Medicare, you will be responsible for the full cost of the services you receive. Check with your provider before receiving services to confirm that they are eligible to participate in Medicare.

# SECTION 2        Using network and out-of-network providers to get your medical care

| Section 2.1 | You must choose a Primary Care Provider (PCP) to provide and oversee your medical care |
|---|---|

**What is a "PCP" and what does the PCP do for you?**

**What is a PCP?**

A Primary Care Provider (PCP) is a network physician who is selected by you to provide and coordinate your covered services.

**What types of providers may act as a PCP?**

PCPs are generally physicians specializing in Internal Medicine, Family Practice or General Practice.

**What is the role of my PCP?**

Your relationship with your PCP is an important one because your PCP is responsible for the coordination of your health care and is also responsible for your routine health care needs. You may want to ask your PCP for assistance in selecting a network specialist and follow-up with your PCP after any specialist visits. It is important for you to develop and maintain a relationship with your PCP.

**How do you choose your PCP?**

You must select a PCP from the **Provider Directory** at the time of your enrollment. You may, however, visit any network provider you choose.

For a copy of the most recent **Provider Directory**, or for help in selecting a PCP, call Customer Service or visit the website listed in Chapter 2 of this booklet for the most up-to-date information about our network providers.

If you do not select a PCP at the time of enrollment, we may pick one for you. You may change your PCP at any time. See "Changing your PCP" below.

**Changing your PCP**

You may change your PCP for any reason, at any time. Also, it's possible that your PCP might leave our plan's network of providers and you would have to find a new PCP in our plan or you will pay more for covered services.

If you want to change your PCP, call Customer Service. If the PCP is accepting additional plan members, the change will become effective on the first day of the following month. You will receive a new UnitedHealthcare member ID card that shows this change.

| Section 2.2 | How to get care from specialists and other network providers |
|---|---|

A specialist is a doctor who provides health care services for a specific disease or part of the body. There are many kinds of specialists. Here are a few examples:

- Oncologists care for patients with cancer.
- Cardiologists care for patients with heart conditions.
- Orthopedists care for patients with certain bone, joint, or muscle conditions.

If you use an out-of-network provider, your share of the costs for your covered services will be as shown in the Benefits Chart in Chapter 4 under "Out-of-Network." You pay the out-of-network cost-sharing even if you received a referral for the services, or if you requested a pre-visit coverage decision from us. However, in the event that no contracted network provider is available, you can ask to access care at in-network cost-sharing from an out-of-network provider. Call Customer Service to let us know if you need to see an out-of-network provider, or to get help finding an in-network provider. (Phone numbers for Customer Service are printed on the back cover of this booklet.)

Even though your PCP is trained to handle the majority of common health care needs, there may be a time when you feel that you need to see a network specialist. **You do not need a referral from your PCP to see a network specialist or behavioral/mental health provider.** Although you do not need a referral from your PCP to see a network specialist, your PCP can recommend an appropriate network specialist for your medical condition, answer questions you have regarding a network specialist's treatment plan and provide follow-up health care as needed. For coordination of care, we recommend you notify your PCP when you see a network specialist.

Please refer to the **Provider Directory** for a listing of plan specialists available through your network, or you may consult the **Provider Directory** online at the website listed in Chapter 2 of this booklet.

**What if a specialist or another network provider leaves our plan?**

It is important that you know that we may make changes to the hospitals, doctors, and specialists (providers) that are part of your plan during the year. There are a number of reasons why your provider might leave your plan, but if your doctor or specialist does leave your plan you have certain rights and protections that are summarized below:

- Even though our network of providers may change during the year, Medicare requires that we furnish you with uninterrupted access to qualified doctors and specialists.

- We will make a good faith effort to provide you with at least 30 days' notice that your provider is leaving our plan so that you have time to select a new provider.

- We will assist you in selecting a new qualified provider to continue managing your health care needs.

- If you are undergoing medical treatment you have the right to request, and we will work with you to ensure that the medically necessary treatment you are receiving is not interrupted.

- If you believe we have not furnished you with a qualified provider to replace your previous provider or that your care is not being appropriately managed, you have the right to file an appeal of our decision.

- If you find out that your doctor or specialist is leaving your plan, please contact us so we can assist you in finding a new provider to manage your care.

You may call Customer Service for assistance at the number listed in Chapter 2 of this booklet.

Some services require prior authorization from the plan in order to be covered. Obtaining prior authorization is the responsibility of the PCP or treating provider. Services and items requiring prior authorization are listed in Medical Benefits Chart in Chapter 4, Section 2.1.

| Section 2.3 | How to get care from out-of-network providers |
|---|---|

As a member of our plan, you can choose to receive care from out-of-network providers. However, please note providers that do not contract with us are under no obligation to treat you, except in emergency situations. Our plan will cover services from either network or out-of-network providers, as long as the services are covered benefits and are medically necessary. However, **if you use an out-of-network provider, your share of the costs for your covered services may be higher.** Here are other important things to know about using out-of-network providers:

- You can get your care from an out-of-network provider, however, in most cases that provider must be eligible to participate in Medicare. Except for emergency care, we cannot pay a provider who has opted out of or been excluded or precluded from the Medicare Program. If you receive care from a provider who is not eligible to participate in Medicare, you will be responsible for the full cost of the services you receive. Check with your provider before receiving services to confirm that they are eligible to participate in Medicare.

- When you obtain services out-of-network within the United States, we will pay for covered services using Original Medicare rules. Under Original Medicare, providers can choose whether to accept Medicare assignment. Assignment means that the doctor, provider, or supplier has signed an agreement with Medicare to accept the Medicare-approved amount as full payment for covered services. Most doctors, providers, and suppliers accept assignment,

but you should always check to make sure. You may also want to find out how much you have to pay for each service or supply before you get it. To determine whether non-network doctors or suppliers accept assignment (participate in Medicare), contact Medicare (See Chapter 2, Section 2 of this **Evidence of Coverage**).

If you obtain services from a doctor or provider within the United States who doesn't accept assignment, you will be responsible for the cost-sharing applicable to the covered service(s) under our plan, plus any difference between the amount we pay the provider and the Medicare limiting charge. The limiting charge means they can only charge you up to 15% over the Medicare-approved amount.

- You don't need to get a referral or prior authorization when you get care from out-of-network providers. However, before getting services from out-of-network providers you may want to ask for a pre-visit coverage decision to confirm that the services you are getting are covered and are medically necessary. (See Chapter 9, Section 4 for information about asking for coverage decisions.) This is important because:
  ° Without a pre-visit coverage decision, if we later determine that the services are not covered or were not medically necessary, we may deny coverage and you will be responsible for the entire cost. If we say we will not cover your services, you have the right to appeal our decision not to cover your care. See Chapter 9 **(What to do if you have a problem or complaint)** to learn how to make an appeal.
- Because our plan is a Regional Preferred Provider Organization, if no network provider is readily available within your plan service area you can access care at in-network cost-sharing from an out-of-network provider. Call Customer Service to let us know you need to see an out-of-network provider, or to get help finding an out-of-network provider. (Phone numbers for Customer Service are printed on the back cover of this booklet.)
- It is best to ask an out-of-network provider to bill the plan first. But, if you have already paid for the covered services, we will reimburse you for our share of the cost for covered services. Or if an out-of-network provider sends you a bill that you think we should pay, you can send it to us for payment. See Chapter 7 **(Asking us to pay our share of a bill you have received for covered medical services or drugs)** for information about what to do if you receive a bill or if you need to ask for reimbursement.
- If you are using an out-of-network provider for emergency care, urgently needed services, or out-of-area dialysis, you may not have to pay a higher cost-sharing amount. See Section 3 for more information about these situations.

| Section 2.4 | How to get care if you live in a non-network area |
|---|---|

Because our plan is a Regional Preferred Provider Organization, if no network provider is readily available within your plan service area you can access care at in-network cost-sharing from an out-of-network provider. Call Customer Service to let us know you need to see an out-of-network provider, or to get help finding an out-of-network provider. (Phone numbers for Customer Service are printed on the back cover of this booklet.)

## SECTION 3      How to get covered services when you have an emergency or urgent need for care or during a disaster

| Section 3.1 | Getting care if you have a medical emergency |
|---|---|

**What is a "medical emergency" and what should you do if you have one?**

A **"medical emergency"** is when you, or any other prudent layperson with an average knowledge of health and medicine, believe that you have medical symptoms that require immediate medical attention to prevent loss of life, loss of a limb, or loss of function of a limb. The medical symptoms may be an illness, injury, severe pain, or a medical condition that is quickly getting worse.

If you have a medical emergency:

- **Get help as quickly as possible.** Call 911 for help or go to the nearest emergency room or hospital. Call for an ambulance if you need it. You do **not** need to get approval or a referral first from your PCP.

**What is covered if you have a medical emergency?**

You may get covered emergency medical care whenever you need it, anywhere in the world. Our plan covers ambulance services in situations where getting to the emergency room in any other way could endanger your health. For more information, see the Medical Benefits Chart in Chapter 4 of this booklet.

If you receive emergency or urgently-needed services outside of the United States or its territories, you generally will be required to pay the bill at the time you receive the services. Most foreign providers are not eligible to receive reimbursement directly from Medicare, and will ask you to pay for the services directly. Ask for a written, detailed bill or receipt showing the specific services provided to you. Send a copy of the itemized bill or an itemized receipt to us to pay you back. You should be prepared to assist us in obtaining any additional information necessary to properly process your request for reimbursement, including medical records.

If you have an emergency, we will talk with the doctors who are giving you emergency care to help manage and follow up on your care. The doctors who are giving you emergency care will decide when your condition is stable and the medical emergency is over.

After the emergency is over you are entitled to follow-up care to be sure your condition continues to be stable. Your follow-up care will be covered by our plan. If you get your follow-up care from out-of-network providers, you will pay the higher out-of-network cost-sharing.

**What if it wasn't a medical emergency?**

Sometimes it can be hard to know if you have a medical emergency. For example, you might go in for emergency care – thinking that your health is in serious danger – and the doctor may say that it wasn't a medical emergency after all. If it turns out that it was not an emergency, as long as you reasonably thought your health was in serious danger, we will cover your care.

However, after the doctor has said that it was **not** an emergency, the amount of cost-sharing that you pay will depend on whether you get the care from network providers or out-of-network providers. If you get the care from network providers, your share of the costs will usually be lower than if you get the care from out-of-network providers.

| Section 3.2 | Getting care when you have an urgent need for services |
|---|---|

**What are "urgently needed services"?**

"Urgently needed services" are non-emergency, unforeseen medical illness, injury, or condition that requires immediate medical care. Urgently needed services may be furnished by network providers or by out-of-network providers  when network providers are temporarily unavailable or inaccessible. The unforeseen condition could, for example, be an unforeseen flare-up of a known condition that you have.

**What if you are in the plan's service area when you have an urgent need for care?**

In most situations, if you are in the plan's service area and you use an out-of-network provider, you will pay a higher share of the costs for your care. Check your **Provider Directory** for a list of network Urgent Care Centers.

**What if you are <u>outside</u> the plan's service area when you have an urgent need for care?**

When you are outside the service area and cannot get care from a network provider, our plan will cover urgently needed services that you get from any provider at the cost-sharing amount for Urgently Needed Services as described in Chapter 4.

Our plan covers worldwide emergency and urgently needed services outside the United States under the following circumstances: emergency services, including emergency or urgently needed care and emergency ambulance transportation from the scene of an emergency to the nearest medical treatment facility. Transportation back to the United States from another country is not covered. Pre-scheduled, pre-planned treatments (including dialysis for an ongoing condition) and/or elective procedures are not covered.

| Section 3.3 | Getting care during a disaster |
|---|---|

If the Governor of your state, the U.S. Secretary of Health and Human Services, or the President of the United States declares a state of disaster or emergency in your geographic area, you are still entitled to care from your plan.

Please visit the following website: www.myAARPMedicare.com for information on how to obtain needed care during a disaster.

Generally, if you cannot use a network provider during a disaster, your plan will allow you to obtain care from out-of-network providers at in-network cost-sharing. If you cannot use a network pharmacy during a disaster, you may be able to fill your prescription drugs at an out-of-network pharmacy. Please see Chapter 5, Section 2.5 for more information.

## SECTION 4          What if you are billed directly for the full cost of your covered services?

### Section 4.1          You can ask us to pay our share of the cost of covered services

If you have paid more than your share for covered services, or if you have received a bill for the full cost of covered medical services, go to Chapter 7 **(Asking us to pay our share of a bill you have received for covered medical services or drugs)** for information about what to do.

### Section 4.2          If services are not covered by our plan, you must pay the full cost

Our plan covers all medical services that are medically necessary, these services are listed in the plan's Medical Benefits Chart (this chart is in Chapter 4 of this booklet), and are obtained consistent with plan rules. You are responsible for paying the full cost of services that aren't covered by our plan, either because they are not plan covered services, or plan rules were not followed.

If you have any questions about whether we will pay for any medical service or care that you are considering, you have the right to ask us whether we will cover it before you get it. You also have the right to ask for this in writing. If we say we will not cover your services, you have the right to appeal our decision not to cover your care.

Chapter 9 **(What to do if you have a problem or complaint (coverage decisions, appeals, complaints))** has more information about what to do if you want a coverage decision from us or want to appeal a decision we have already made. You may also call Customer Service to get more information (phone numbers are printed on the back cover of this booklet).

For covered services that have a benefit limitation, you pay the full cost of any services you get after you have used up your benefit for that type of covered service. For example, if your plan covers one routine physical exam per year and you receive that routine physical but choose to have a second routine physical within the same year, you pay the full cost of the second routine physical. Any amounts that you pay after you have reached the benefit limitation do not count toward your annual out-of-pocket maximum. (See Chapter 4 for more information on your plan's out-of-pocket maximum.) You can call Customer Service when you want to know how much of your benefit limit you have already used.

## SECTION 5          How are your medical services covered when you are in a "clinical research study"?

### Section 5.1          What is a "clinical research study"?

A clinical research study (also called a "clinical trial") is a way that doctors and scientists test new types of medical care, like how well a new cancer drug works. They test new medical care procedures or drugs by asking for volunteers to help with the study. This kind of study is one of the

final stages of a research process that helps doctors and scientists see if a new approach works and if it is safe.

Not all clinical research studies are open to members of our plan. Medicare first needs to approve the research study. If you participate in a study that Medicare has **not** approved, **you will be responsible for paying all costs for your participation in the study.**

Once Medicare approves the study, someone who works on the study will contact you to explain more about the study and see if you meet the requirements set by the scientists who are running the study. You can participate in the study as long as you meet the requirements for the study **and** you have a full understanding and acceptance of what is involved if you participate in the study.

If you participate in a Medicare-approved study, Original Medicare pays most of the costs for the covered services you receive as part of the study. When you are in a clinical research study, you may stay enrolled in our plan and continue to get the rest of your care (the care that is not related to the study) through our plan.

If you want to participate in a Medicare-approved clinical research study, you do **not** need to get approval from us or your PCP. The providers that deliver your care as part of the clinical research study do **not** need to be part of our plan's network of providers.

Although you do not need to get our plan's permission to be in a clinical research study, **you do need to tell us before you start participating in a clinical research study**.

If you plan on participating in a clinical research study, contact Customer Service (phone numbers are printed on the back cover of this booklet) to let them know that you will be participating in a clinical trial and to find out more specific details about what your plan will pay.

| Section 5.2 | When you participate in a clinical research study, who pays for what? |
|---|---|

Once you join a Medicare-approved clinical research study, you are covered for routine items and services you receive as part of the study, including:

- Room and board for a hospital stay that Medicare would pay for even if you weren't in a study.
- An operation or other medical procedure if it is part of the research study.
- Treatment of side effects and complications of the new care.

Original Medicare pays most of the cost of the covered services you receive as part of the study. After Medicare has paid its share of the cost for these services, our plan will also pay for part of the costs. We will pay the difference between the cost-sharing in Original Medicare and your cost-sharing as a member of our plan. This means you will pay the same amount for the services you receive as part of the study as you would if you received these services from our plan.

**Here's an example of how the cost-sharing works:** Let's say that you have a lab test that costs $100 as part of the research study. Let's also say that your share of the costs for this test is $20 under Original Medicare, but the test would be $10 under our plan's benefits. In this case, Original Medicare would pay $80 for the test and we would pay another $10. This means that you would pay $10, which is the same amount you would pay under our plan's benefits.

In order for us to pay for our share of the costs, you will need to submit a request for payment. With your request, you will need to send us a copy of your Medicare Summary Notices or other documentation that shows what services you received as part of the study and how much you owe. Please see Chapter 7 for more information about submitting requests for payment.

When you are part of a clinical research study, **neither Medicare nor our plan will pay for any of the following:**

- Generally, Medicare will **not** pay for the new item or service that the study is testing unless Medicare would cover the item or service even if you were **not** in a study.

- Items and services the study gives you or any participant for free.

- Items or services provided only to collect data, and not used in your direct health care. For example, Medicare would not pay for monthly CT scans done as part of the study if your medical condition would normally require only one CT scan.

**Do you want to know more?**

You can get more information about joining a clinical research study by reading the publication "Medicare and Clinical Research Studies" on the Medicare website (www.medicare.gov). You can also call 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

# SECTION 6          Rules for getting care covered in a "religious non-medical health care institution"

| Section 6.1 | What is a religious non-medical health care institution? |

A religious non-medical health care institution is a facility that provides care for a condition that would ordinarily be treated in a hospital or skilled nursing facility. If getting care in a hospital or a skilled nursing facility is against a member's religious beliefs, we will instead provide coverage for care in a religious non-medical health care institution. You may choose to pursue medical care at any time for any reason. This benefit is provided only for Part A inpatient services (non-medical health care services). Medicare will only pay for non-medical health care services provided by religious non-medical health care institutions.

| Section 6.2 | Receiving Care From a Religious Non-Medical Health Care Institution |

To get care from a religious non-medical health care institution, you must sign a legal document that says you are conscientiously opposed to getting medical treatment that is "non-excepted."

- "Non-excepted" medical care or treatment is any medical care or treatment that is **voluntary** and **not required** by any federal, state, or local law.

- "Excepted" medical treatment is medical care or treatment that you get that is **not** voluntary or **is required** under federal, state, or local law.

To be covered by our plan, the care you get from a religious non-medical health care institution must meet the following conditions:

- The facility providing the care must be certified by Medicare.
- Our plan's coverage of services you receive is limited to **non-religious** aspects of care.
- If you get services from this institution that are provided to you in a facility, the following conditions apply:
  - ° You must have a medical condition that would allow you to receive covered services for inpatient hospital care or skilled nursing facility care.
  - ° **– and –** you must get approval in advance from our plan before you are admitted to the facility or your stay will not be covered.

You are covered for unlimited days in the hospital, as long as your stay meets Medicare coverage guidelines. The coverage limits are described under **Inpatient Hospital Care** in the Medical Benefits Chart in Chapter 4.

## SECTION 7        Rules for ownership of durable medical equipment

| Section 7.1 | Will you own the durable medical equipment after making a certain number of payments under our plan? |
|---|---|

Durable medical equipment (DME) includes items such as oxygen equipment and supplies, wheelchairs, walkers, powered mattress systems, crutches, diabetic supplies, speech generating devices, IV infusion pumps, nebulizers, and hospital beds ordered by a provider for use in the home. The member always owns certain items, such as prosthetics. In this section, we discuss other types of DME that you must rent.

In Original Medicare, people who rent certain types of DME own the equipment after paying copayments for the item for 13 months. As a member of our plan, however, you usually will not acquire ownership of rented DME items no matter how many copayments you make for the item while a member of our plan. Under certain limited circumstances we will transfer ownership of the durable medical equipment item. Call Customer Service (phone numbers are printed on the back cover of this booklet) to find out about the requirements you must meet and the documentation you need to provide.

**What happens to payments you made for durable medical equipment if you switch to Original Medicare?**

If you did not acquire ownership of the DME item while in our plan, you will have to make 13 new consecutive payments after you switch to Original Medicare in order to own the item. Payments you made while in our plan do not count toward these 13 consecutive payments.

If you made fewer than 13 payments for the DME item under Original Medicare **before** you joined our plan, your previous payments also do not count toward the 13 consecutive payments. You will have to make 13 new consecutive payments after you return to Original Medicare in order to own the item. There are no exceptions to this case when you return to Original Medicare.

# SECTION 8         Rules for Oxygen Equipment, Supplies, and Maintenance

## Section 8.1            What oxygen benefits are you entitled to?

If you qualify for Medicare oxygen equipment coverage, then for as long as you are enrolled, our plan will cover:

- Rental of oxygen equipment
- Delivery of oxygen and oxygen contents
- Tubing and related oxygen accessories for the delivery of oxygen and oxygen contents
- Maintenance and repairs of oxygen equipment

If you leave our plan or no longer medically require oxygen equipment, then the oxygen equipment must be returned to the owner.

## Section 8.2            What is your cost-sharing? Will it change after 36 months?

Your cost sharing for Medicare oxygen equipment coverage is 20% coinsurance, every time you get covered equipment or supplies.

Your cost-sharing will not change after being enrolled for 36 months in our plan.

If prior to enrolling in our plan you had made 36 months of rental payment for oxygen equipment coverage, your cost sharing in our plan is 20% coinsurance.

## Section 8.3            What happens if you leave your plan and return to Original Medicare?

If you return to Original Medicare, then you start a new 36-month cycle which renews every five years. For example, if you had paid rentals for oxygen equipment for 36 months prior to joining our plan, join our plan for 12 months, and then return to Original Medicare, you will pay full cost sharing for oxygen equipment coverage.

Similarly, if you made payments for 36 months while enrolled in our plan and then return to Original Medicare, you will pay full cost sharing for oxygen equipment coverage.

# Chapter 4
Medical Benefits Chart  (what is covered and what you pay)

# Chapter 4
## Medical Benefits Chart (what is covered and what you pay)

**SECTION 1**    **Understanding your out-of-pocket costs for covered services**............................2

Section 1.1   Types of out-of-pocket costs you may pay for your covered services....2

Section 1.2   What is the most you will pay for Medicare Part A and Part B covered
medical services?................................................................................. 2

Section 1.3   Our plan does not allow network providers to "balance bill" you...........3

**SECTION 2**    **Use the Medical Benefits Chart to find out what is covered for you and how
much you will pay**................................................................................. 3

Section 2.1   Your medical benefits and costs as a member of the plan..................... 3

**SECTION 3**    **What services are not covered by the plan?**.......................................................74

Section 3.1   Services we do not cover (exclusions)..................................................... 74

## SECTION 1    Understanding your out-of-pocket costs for covered services

This chapter focuses on your covered services and what you pay for your medical benefits. It includes a Medical Benefits Chart that lists your covered services and shows how much you will pay for each covered service as a member of AARP Medicare Advantage Choice Plan 2 (Regional PPO). Later in this chapter, you can find information about medical services that are not covered. It also explains limits on certain services.

| Section 1.1 | Types of out-of-pocket costs you may pay for your covered services |
|---|---|

To understand the payment information we give you in this chapter, you need to know about the types of out-of-pocket costs you may pay for your covered services.

- A **"copayment"** is the fixed amount you pay each time you receive certain medical services. You pay a copayment at the time you get the medical service. (The Medical Benefits Chart in Section 2 tells you more about your copayments.)
- **"Coinsurance"** is the percentage you pay of the total cost of certain medical services. You pay a coinsurance at the time you get the medical service. (The Medical Benefits Chart in Section 2 tells you more about your coinsurance.)

Most people who qualify for Medicaid or for the Qualified Medicare Beneficiary (QMB) program should never pay deductibles, copayments or coinsurance. Be sure to show your proof of Medicaid or QMB eligibility to your provider, if applicable. If you think that you are being asked to pay improperly, contact Customer Service.

| Section 1.2 | What is the most you will pay for Medicare Part A and Part B covered medical services? |
|---|---|

Under our plan, there are two different limits on what you have to pay out-of-pocket for covered medical services:

- Your **in-network maximum out-of-pocket amount** is $6,700. This is the most you pay during the calendar year for covered Medicare Part A and Part B services received from network providers. The amounts you pay for copayments and coinsurance for covered services from network providers count toward this in-network maximum out-of-pocket amount. (The amounts you pay for Part D prescription drugs and services from out-of-network providers do not count toward your in-network maximum out-of-pocket amount. In addition, amounts you pay for some services do not count toward your in-network maximum out-of-pocket amount. These services are marked with an asterisk in the Medical Benefits Chart.) If you have paid $6,700 for covered Part A and Part B services from network providers, you will not have any out-of-pocket costs for the rest of the year when you see our network providers.  However, you must continue to pay the Medicare Part B premium (unless your Part B premium is paid for you by Florida Medicaid Agency for Health Care Administration (AHCA) (Medicaid)  or another third party).

- Your **combined maximum out-of-pocket amount** is $10,000. This is the most you pay during the calendar year for covered Medicare Part A and Part B services received from both in-network and out-of-network providers. The amounts you pay for copayments and coinsurance for covered services count toward this combined maximum out-of-pocket amount.  (The amounts you pay for your  Part D prescription drugs do not count toward your combined maximum out-of-pocket amount. In addition, amounts you pay for some services do not count toward your combined maximum out-of-pocket amount. These services are marked with an asterisk in the Medical Benefits Chart.) If you have paid $10,000 for covered services, you will have 100% coverage and will not have any out-of-pocket costs for the rest of the year for covered Part A and Part B services. However, you must continue to pay  the Medicare Part B premium (unless your Part B premium is paid for you by Florida Medicaid Agency for Health Care Administration (AHCA) (Medicaid)  or another third party).

| Section 1.3 | Our plan does not allow network providers to "balance bill" you |
|---|---|

As a member of AARP Medicare Advantage Choice Plan 2 (Regional PPO), an important protection for you is that you only have to pay your cost-sharing amount when you use network providers to get services covered by our plan. We do not allow network providers to "balance bill" you. Even if we pay less than the provider charges for a service, the network provider is not allowed to bill you for the balance. The network provider is allowed to collect only the plan cost-sharing amount from you and is not allowed to charge or bill you more for covered services.

In some cases, out-of-network providers can balance bill you for covered services. If you obtain covered services from an out-of-network provider who does not accept Medicare assignment, you will be responsible for the plan cost-sharing, plus any difference between the amount we pay the provider and the Medicare limiting charge. These services are marked with a plus sign (+) in the Medical Benefits Chart.

# SECTION 2      Use the Medical Benefits Chart to find out what is covered for you and how much you will pay

| Section 2.1 | Your medical benefits and costs as a member of the plan |
|---|---|

The Medical Benefits Chart on the following pages lists the services AARP Medicare Advantage Choice Plan 2 (Regional PPO) covers and what you pay out-of-pocket for each service. The services listed in the Medical Benefits Chart are covered only when the following coverage requirements are met:

- Your Medicare covered services must be provided according to the coverage guidelines established by Medicare.
- Your services (including medical care, services, supplies, and equipment) **must** be medically necessary. "Medically necessary" means that the services, supplies, or drugs are needed for the prevention, diagnosis, or treatment of your medical condition and meet accepted standards of medical practice.

- You have a primary care provider (a PCP) who is providing and overseeing your care.

- Some of the in-network services listed in the Medical Benefits Chart are covered only if your doctor or other network provider gets approval in advance (sometimes called "prior authorization") from us.

  ° Covered services that may need approval in advance to be covered as in-network services are marked in italics in the Medical Benefits Chart.

  ° Network providers agree by contract to obtain prior authorization from the plan and agree to not balance bill you.

  ° You never need approval in advance for out-of-network services from out-of-network providers.

  ° While you don't need approval in advance for out-of-network services, you or your doctor can ask us to make a coverage decision in advance.

Other important things to know about our coverage:

- For benefits where your cost-sharing is a coinsurance percentage, the amount you pay depends on what type of provider you receive the services from:

  ° If you receive the covered services from a network provider, you pay the coinsurance percentage multiplied by the plan's reimbursement rate (as determined in the contract between the provider and the plan).

  ° If you receive the covered services from an out-of-network provider who participates with Medicare, you pay the coinsurance percentage multiplied by the Medicare payment rate for participating providers.

  ° If you receive the covered services from an out-of-network provider who does not participate with Medicare, you pay the coinsurance percentage multiplied by the Medicare Allowable Charge, plus the difference between the Medicare Allowable Charge and the Original Medicare Limiting Charge.

- Like all Medicare health plans, we cover everything that Original Medicare covers.  For some of these benefits, you pay **more** in our plan than you would in Original Medicare. For others, you pay **less**.  (If you want to know more about the coverage and costs of Original Medicare, look in your **Medicare & You 2021** Handbook. View it online at www.medicare.gov or ask for a copy by calling 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.)

- For all preventive services that are covered at no cost under Original Medicare, we also cover the service at no cost to you when you use a network provider. However, if you also are treated or monitored for an existing medical condition during the visit when you receive the preventive service, a copayment will apply for the care received for the existing medical condition.  See the Medical Benefits Chart for information about your share of the **out-of-network** costs for these services.

- Sometimes, Medicare adds coverage under Original Medicare for new services during the year. If Medicare adds coverage for any services during 2021, either Medicare or our plan will cover those services.

🍎 You will see this apple next to the preventive services in the benefits chart.

**Medically Necessary** - means health care services, supplies, or drugs needed for the prevention, diagnosis, or treatment of your sickness, injury or illness that are all of the following as determined by us or our designee, within our sole discretion:

- In accordance with **Generally Accepted Standards of Medical Practice**.
- Most appropriate, in terms of type, frequency, extent, site and duration, and considered effective for your sickness, injury, or illness.
- Not mainly for your convenience or that of your doctor or other health care provider.
- Meet, but do not exceed your medical need, are at least as beneficial as an existing and available medically appropriate alternative, and are furnished in the most cost-effective manner that may be provided safely and effectively.

**Generally Accepted Standards of Medical Practice** are standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, relying primarily on controlled clinical trials, or, if not available, observational studies from more than one institution that suggest a causal relationship between the service or treatment and health outcomes.

If no credible scientific evidence is available, then standards that are based on Physician specialty society recommendations or professional standards of care may be considered. We reserve the right to consult expert opinion in determining whether health care services are Medically Necessary. The decision to apply Physician specialty society recommendations, the choice of expert and the determination of when to use any such expert opinion, shall be within our sole discretion.

## Medical Benefits Chart

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| Providers may ask you for more than one cost share payment if you get more than one service at an appointment. For example:<br><br>• Your doctor will ask for a copayment for the office visit and additional copayments for each x-ray that is performed while you are there.<br>• Your hospital may ask for separate cost sharing for certain outpatient hospital medical services for example but not limited to; radiological tests or Medicare Part B drugs administered while you are there.<br>• Your pharmacist will ask for a separate copayment for each prescription he or she fills.<br>• The specific cost sharing that will apply depends on which services you receive. The Medical Benefits Chart below lists the cost sharing that applies for each specific service. | | |
| 🍎 **Abdominal Aortic Aneurysm Screening**<br><br>A one-time (once per lifetime) screening ultrasound for people at risk. The plan only covers this screening if you have certain risk factors and if you get a referral for it from your physician, physician assistant, nurse practitioner, or clinical nurse specialist. | There is no coinsurance, copayment, or deductible for members eligible for this preventive screening. | 40% coinsurance for members eligible for this preventive screening.+<br><br>You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| **Acupuncture for chronic low back pain**<br><br>Covered services include:<br><br>Up to 12 visits in 90 days are covered for Medicare beneficiaries under the following circumstances:<br><br>For the purpose of this benefit, chronic low back pain is defined as:<br><br>• Lasting 12 weeks or longer;<br>• nonspecific, in that it has no identifiable systemic cause (i.e., not associated with metastatic, inflammatory, infectious, etc. disease);<br>• not associated with surgery; and<br>• not associated with pregnancy.<br><br>An additional eight sessions will be covered for those patients demonstrating an improvement.  No more than 20 acupuncture treatments may be administered annually.<br><br>Treatment must be discontinued if the patient is not improving or is regressing. | You will pay the cost-sharing that applies to primary care services or specialist physician services (as described under "Physician/ Practitioner Services, Including Doctor's Office Visits") depending on if you receive services from a primary care physician or specialist.<br><br>You pay these amounts until you reach the out-of-pocket maximum.<br><br>*Your provider may need to obtain prior authorization.* | You will pay the cost-sharing that applies to primary care services or specialist physician services (as described under "Physician/ Practitioner Services, Including Doctor's Office Visits") depending on if you receive services from a primary care physician or specialist.+<br><br>You pay these amounts until you reach the out-of-pocket maximum. |
| **Ambulance Services**<br>• Covered ambulance services include fixed wing, rotary wing, and ground ambulance services, to the nearest appropriate facility that can provide care only if they | $250 copayment for each one-way Medicare-covered ground trip.<br><br>$250 copayment for each one-way Medicare-covered air trip. | |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)                                    4-8

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| are furnished to a member whose medical condition is such that other means of transportation could endanger the person's health or if authorized by the plan.<br>• Non-emergency transportation by ambulance is appropriate if it is documented that the member's condition is such that other means of transportation could endanger the person's health and that transportation by ambulance is medically required. | You pay these amounts until you reach the out-of-pocket maximum.<br><br>*Your provider may need to obtain prior authorization for Non-emergency transportation.* | |
| **Annual Routine Physical Exam**<br>Includes comprehensive physical examination and evaluation of status of chronic diseases.  Doesn't include lab tests, radiological diagnostic tests or non-radiological diagnostic tests.  Additional cost share may apply to any lab or diagnostic testing performed during your visit, as described for each separate service in this Medical Benefits Chart.  Annual Routine Physical Exam visits do not need to be scheduled 12 months apart but are limited to one each calendar year.<br><br>Benefit is combined in and out-of-network. | $0 copayment for a routine physical exam each year. | 40% coinsurance for a routine physical exam each year.* |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| 🍎**Annual Wellness Visit**<br><br>If you've had Part B for longer than 12 months, you can get an annual wellness visit to develop or update a personalized prevention plan based on your current health and risk factors. This is covered once every 12 months. Doesn't include lab tests, radiological diagnostic tests or non-radiological diagnostic tests. Additional cost share may apply to any lab or diagnostic testing performed during your visit, as described for each separate service in this Medical Benefits Chart.<br><br>**Note:** Your first annual wellness visit can't take place within 12 months of your "Welcome to Medicare" preventive visit. However, you don't need to have had a "Welcome to Medicare" visit to be covered for annual wellness visits after you've had Part B for 12 months. | There is no coinsurance, copayment, or deductible for the annual wellness visit. | 40% coinsurance for the annual wellness visit.+<br>You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-10

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| 🍎 **Bone Mass Measurement**<br><br>For qualified individuals (generally, this means people at risk of losing bone mass or at risk of osteoporosis), the following services are covered every 24 months or more frequently if medically necessary: procedures to identify bone mass, detect bone loss, or determine bone quality, including a physician's interpretation of the results. | There is no coinsurance, copayment, or deductible for Medicare-covered bone mass measurement. | 40% coinsurance for Medicare-covered bone mass measurement.+<br><br>You pay these amounts until you reach the out-of-pocket maximum. |
| 🍎 **Breast Cancer Screening (Mammograms)**<br><br>Covered services include:<br>• One baseline mammogram between the ages of 35 and 39<br>• One screening mammogram every 12 months for women age 40 and older<br>• Clinical breast exams once every 24 months | There is no coinsurance, copayment, or deductible for covered screening mammograms. | 40% coinsurance for covered screening mammograms.+<br><br>You pay these amounts until you reach the out-of-pocket maximum. |
| **Cardiac Rehabilitation Services**<br><br>Comprehensive programs of cardiac rehabilitation services that include exercise, education, and counseling are covered for members who meet certain conditions with a doctor's order. The plan also covers intensive cardiac rehabilitation programs that are typically more rigorous or more | $0 copayment for each Medicare-covered cardiac rehabilitative visit.<br><br>*Your provider may need to obtain prior authorization.* | 40% coinsurance for each Medicare-covered cardiac rehabilitative visit.+<br><br>You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| intense than cardiac rehabilitation programs. | | |
| 🍎 **Cardiovascular disease risk reduction visit (therapy for cardiovascular disease)** <br><br> We cover one visit per year with your primary care doctor to help lower your risk for cardiovascular disease. During this visit, your doctor may discuss aspirin use (if appropriate), check your blood pressure, and give you tips to make sure you're eating healthy. | There is no coinsurance, copayment, or deductible for the cardiovascular disease preventive benefit. | 40% coinsurance for the cardiovascular disease preventive benefit.+ <br><br> You pay these amounts until you reach the out-of-pocket maximum. |
| 🍎 **Cardiovascular Disease Testing** <br><br> Blood tests for the detection of cardiovascular disease (or abnormalities associated with an elevated risk of cardiovascular disease) covered once every five years (60 months). | There is no coinsurance, copayment, or deductible for cardiovascular disease testing that is covered once every five years. | 40% coinsurance for cardiovascular disease testing that is covered once every five years.+ <br><br> You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)                    4-12

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| 🍎 **Cervical and Vaginal Cancer Screening**<br><br>Covered services include:<br>• For all women: Pap tests and pelvic exams are covered once every 24 months<br>• If you are at high risk of cervical or vaginal cancer or you are of childbearing age and have had an abnormal Pap test within the past 3 years: one Pap test every 12 months<br>• For asymptomatic women between the ages of 30 and 65: HPV Testing once every 5 years, in conjunction with the Pap test | There is no coinsurance, copayment, or deductible for Medicare-covered preventive Pap and pelvic exams. | 40% coinsurance for Medicare-covered preventive Pap and pelvic exams.+<br>You pay these amounts until you reach the out-of-pocket maximum. |
| **Chiropractic Services**<br>Covered services include:<br>• Manual manipulation of the spine to correct subluxation (when one or more of the bones of your spine move out of position).<br>• Excluded from Medicare coverage is any service other than manual manipulation for the treatment of subluxation. | $20 copayment for each Medicare-covered visit.<br>You pay these amounts until you reach the out-of-pocket maximum.<br>*Your provider may need to obtain prior authorization.* | $70 copayment for each Medicare-covered visit.+<br>You pay these amounts until you reach the out-of-pocket maximum. |
| 🍎 **Colorectal Cancer Screening** | There is no coinsurance, copayment, or | 40% coinsurance for a Medicare-covered |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-13

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| For people 50 and older, the following are covered:<br>• Flexible sigmoidoscopy (or screening barium enema as an alternative) every 48 months<br>One of the following every 12 months :<br>• Guaiac-based fecal occult blood test (gFOBT)<br>• Fecal immunochemical test (FIT)<br>DNA based colorectal screening every 3 years<br>For people at high risk of colorectal cancer, we cover:<br>• Screening colonoscopy (or screening barium enema as an alternative) every 24 months<br>For people not at high risk of colorectal cancer, we cover:<br>• Screening colonoscopy every 10 years (120 months), but not within 48 months of a screening sigmoidoscopy | deductible for a Medicare-covered colorectal cancer screening exam.<br>There is no coinsurance, copayment, or deductible for each Medicare-covered barium enema. | colorectal cancer screening exam.+<br>You pay these amounts until you reach the out-of-pocket maximum.<br>40% coinsurance for each Medicare-covered barium enema.+<br>You pay these amounts until you reach the out-of-pocket maximum. |
| ♣ **Depression Screening**<br>We cover one screening for depression per year. The screening must be done in a primary care setting that can provide follow-up treatment and/or referrals. | There is no coinsurance, copayment, or deductible for an annual depression screening visit. | 40% coinsurance  for an annual depression screening visit.+<br>You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your
deductible, coinsurance and/or copayment may be less for services that are covered under
Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)　　　　4-14

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| 🍎  **Diabetes Screening** <br><br> We cover this screening (includes fasting glucose tests) if you have any of the following risk factors: high blood pressure (hypertension), history of abnormal cholesterol and triglyceride levels (dyslipidemia), obesity, or a history of high blood sugar (glucose). Tests may also be covered if you meet other requirements, like being overweight and having a family history of diabetes. <br><br> Based on the results of these tests, you may be eligible for up to two diabetes screenings every 12 months. | There is no coinsurance, copayment, or deductible for the Medicare-covered diabetes screening tests. | 40% coinsurance for the Medicare-covered diabetes screening tests. + You pay these amounts until you reach the out-of-pocket maximum. |
| 🍎  **Diabetes Self-Management Training, Diabetic Services and Supplies** <br><br> For all people who have diabetes (insulin and non-insulin users). Covered services include: <br><br> • Supplies to monitor your blood glucose: Blood glucose monitor, blood glucose test strips, lancet devices and lancets, and glucose-control solutions for checking the accuracy of test strips and monitors. | $0 copayment for each Medicare-covered diabetes monitoring supply. <br><br> We only cover Accu-Chek® and OneTouch® brands. | 40% coinsurance for each Medicare-covered diabetes monitoring supply. <br><br> You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| **Services that are covered for you** | **What you must pay** when you get these services In-Network | **What you must pay** when you get these services Out-of-Network |
|---|---|---|
| AARP Medicare Advantage Choice Plan 2 (Regional PPO) covers any blood glucose monitors and test strips specified within this list. We will generally not cover alternate brands unless your doctor or other provider tells us that use of an alternate brand is medically necessary in your specific situation. If you are new to AARP Medicare Advantage Choice Plan 2 (Regional PPO) and are using a brand of blood glucose monitors and test strips that is not on our list, you may contact us within the first 90 days of enrollment into the plan to request a temporary supply of the alternate brand while you consult with your doctor or other provider. During this time, you should talk with your doctor to decide whether any of the preferred brands are medically appropriate for you.  If you or your doctor believe it is medically necessary for you to maintain use of an alternate brand, you may request a coverage exception to have AARP Medicare Advantage Choice Plan 2 (Regional PPO) maintain coverage of a non-preferred product through the end of the benefit year. Non-preferred products will not be covered following the initial 90 days of the benefit year without an approved coverage exception. | Covered glucose monitors include: OneTouch Verio Flex®, OneTouch Verio Reflect®, Accu-Chek® Guide Me, and Accu-Chek® Guide.<br><br>Test strips: OneTouch Verio®, OneTouch Ultra®, Accu-Chek® Guide, Accu-Chek® Aviva Plus, and Accu-Chek® SmartView.<br><br>Other brands are not covered by your plan. *Your provider may need to obtain prior authorization.*<br><br>$0 copayment for each Medicare-covered Continuous Glucose Monitor and supplies in accordance with Medicare guidelines. There are no brand limitations for Continuous Glucose Monitors. | 40% coinsurance for each Medicare-covered Continuous Glucose Monitor and supplies in accordance with Medicare guidelines.<br><br>You pay these amounts until you reach the out-of-pocket maximum.<br><br>For cost sharing applicable to insulin and syringes, see Chapter 6 - What you pay for your Part D prescription drugs. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-16

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| If you (or your provider) don't agree with the plan's coverage decision, you or your provider may file an appeal. You can also file an appeal if you don't agree with your provider's decision about what product or brand is appropriate for your medical condition. (For more information about appeals, see Chapter 9, What to do if you have a problem or complaint (coverage decisions, appeals, complaints).) | *Your provider may need to obtain prior authorization.* For cost sharing applicable to insulin and syringes, see Chapter 6 - What you pay for your Part D prescription drugs. | |
| • For people with diabetes who have severe diabetic foot disease: One pair per calendar year of therapeutic custom-molded shoes (including inserts provided with such shoes) and two additional pairs of inserts, or one pair of depth shoes and three pairs of inserts (not including the non-customized removable inserts provided with such shoes). Coverage includes fitting. | 20% coinsurance for each pair of Medicare-covered therapeutic shoes. You pay these amounts until you reach the out-of-pocket maximum. *Your provider may need to obtain prior authorization.* | 40% coinsurance for each pair of Medicare-covered therapeutic shoes. You pay these amounts until you reach the out-of-pocket maximum. |
| • Diabetes self-management training is covered under certain conditions. Limited to 20 visits of 30 minutes per year for a maximum of 10 hours the initial year. Follow-up training subsequent years after, limited to | $0 copayment  for Medicare-covered benefits. | 40% coinsurance for Medicare-covered benefits.+ You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)                4-17

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| 4 visits of 30 minutes for a maximum of 2 hours per year. | | |
| **Durable Medical Equipment (DME) and Related Supplies** (For a definition of "durable medical equipment," see Chapter 12 of this booklet.) Covered items include, but are not limited to: wheelchairs, crutches, powered mattress systems, diabetic supplies, hospital beds ordered by a provider for use in the home, IV infusion pumps, speech generating devices, oxygen equipment, nebulizers, and walkers. We cover all medically necessary DME covered by Original Medicare. If our supplier in your area does not carry a particular brand or manufacturer, you may ask them if they can special order it for you. The most recent list of suppliers is available on our website at www.myAARPMedicare.com. | 20% coinsurance for Medicare-covered benefits. You pay these amounts until you reach the out-of-pocket maximum. *Your provider may need to obtain prior authorization.* | 50% coinsurance for Medicare-covered benefits. You pay these amounts until you reach the out-of-pocket maximum. |
| **Emergency Care** Emergency care refers to services that are: <ul><li>Furnished by a provider qualified to furnish emergency services, and</li><li>Needed to evaluate or stabilize an emergency medical condition.</li></ul> | $90 copayment for each emergency room visit. You do not pay this amount if you are admitted to the hospital within 24 hours for the same condition. If you are admitted to a hospital, you will pay cost sharing as described in the "Inpatient Hospital Care" section in this benefit chart. You pay these amounts until you reach the out-of-pocket maximum. | |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-18

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| A medical emergency is when you, or any other prudent layperson with an average knowledge of health and medicine, believe that you have medical symptoms that require immediate medical attention to prevent loss of life, loss of a limb, or loss of function of a limb. The medical symptoms may be an illness, injury, severe pain, or a medical condition that is quickly getting worse. Cost sharing for necessary emergency services furnished out-of-network is the same as for such services furnished in-network. | | |
| Worldwide coverage for emergency department services. <br><br>• This includes emergency or urgently needed care and emergency ambulance transportation from the scene of an emergency to the nearest medical treatment facility. <br><br>• Transportation back to the United States from another country is not covered. <br><br>• Pre-scheduled, pre-planned treatments (including dialysis for an ongoing condition) and/or elective procedures are not covered. | $0 copayment for worldwide coverage for emergency services. Please see Chapter 7 Section 1.1 for expense reimbursement for worldwide services. <br><br>If you receive emergency care at an out-of-network hospital and need inpatient care after your emergency condition is stabilized, you must move to a network hospital in order to pay the in-network cost-sharing amount for the part of your stay after you are stabilized. If you stay at the out-of-network hospital, your stay will be covered but you will pay the out-of-network cost-sharing amount for the part of your stay after you are stabilized. | |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)                4-19

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| • Services provided by a dentist are not covered. | | |
| 🍎 **Fitness Program**<br><br>This benefit gives you access to Renew Active™, the gold standard in Medicare fitness programs for body and mind. Renew Active includes:<br><br>• A free gym membership at a fitness location you select from our extensive, nationwide network.<br><br>• A personalized fitness plan plus access to group classes. If you prefer to work out from home, you can access Fitbit Premium™ with thousands of workout videos.<br><br>• An online brain health program from AARP® Staying Sharp, including exclusive content for Renew Active members.<br><br>• Stay active socially with local health and wellness classes and events, and by joining the Online Fitbit® Community for Renew Active. No Fitbit device is needed.<br><br>You can get more information by viewing the Vendor Information Sheet at www.myAARPMedicare.com or by calling Customer Service to have a paper copy sent to you. | Provided by: Renew Active™<br><br>$0 copayment | $0 copayment for an At-home fitness kit, available for members living 15 miles or more from a participating fitness center location. There are no out-of-network facilities available for this benefit. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-20

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| **Hearing Services**<br>Diagnostic hearing and balance evaluations performed by your provider to determine if you need medical treatment are covered as outpatient care when furnished by a physician, audiologist, or other qualified provider. | $0 copayment for each Medicare-covered exam.<br>*Your provider may need to obtain prior authorization.* | $70 copayment for each Medicare-covered exam.+<br>You pay these amounts until you reach the out-of-pocket maximum. |
| **Additional Routine Hearing Exams**:<br>• Limited to 1 exam(s) every year.<br>Benefit is combined in and out-of-network.<br><br>**Hearing Aids**:<br><br>Choose from a broad selection of brand-name hearing aids, or UnitedHealthcare Hearing's exclusive brand Relate$^{TM}$, custom-programmed for your hearing loss at the copay/technology levels listed. Hearing aids can be fit in-person or delivered directly to your home with access to virtual support (select products only).<br><br>This benefit is limited to 2 hearing aids every 2 years. Hearing aid accessories are not covered by the plan, but are available for members to buy at an additional cost. | **Hearing Exam**:<br>$0 copayment<br><br><br>**Hearing Aids**:<br>Provided by:<br>UnitedHealthcare Hearing<br>$375 copay for each Relate$^{TM}$ Basic level hearing aid delivered to your home (non-ear mold models).*<br>Additional fees apply for optional follow-up visits.<br>$575 copay for each Relate$^{TM}$ Reserve level hearing aid.*<br>$625 copay for each Entry level name brand hearing aid.* | **Hearing Exam**:<br>$70 copayment*<br><br><br>**Hearing Aids**:<br>Home delivered hearing aids available nationwide through UnitedHealthcare Hearing. You are responsible for all costs for hearing aids not purchased from a UnitedHealthcare Hearing network provider. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| To access your hearing aid benefit and get connected with a network provider, you must contact UnitedHealthcare Hearing at 855-523-9355, TTY 711 or visit UHCHearing.com/Medicare. | $825 copay for each Essential level name brand hearing aid.* <br><br> $1,075 copay for each Standard level name brand hearing aid.* <br><br> $1,625 copay for each Advanced level name brand hearing aid.* <br><br> $2,075 copay for each Premium level name brand hearing aid.* <br><br> * Covered services that do not count toward your maximum out-of-pocket amount. <br> *Your provider may need to obtain prior authorization.* | |
| 🍎  **HIV Screening** <br><br> For people who ask for an HIV screening test or who are at increased risk for HIV infection, we cover: <br> • One screening exam every 12 months <br> For women who are pregnant, we cover: | There is no coinsurance, copayment, or deductible for members eligible for Medicare-covered preventive HIV screening. | 40% coinsurance for members eligible for Medicare-covered preventive HIV screening.+ <br> You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)                    4-22

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| • Up to three screening exams during a pregnancy | | |
| **Home Health Agency Care**<br><br>Prior to receiving home health services, a doctor must certify that you need home health services and will order home health services to be provided by a home health agency. You must be homebound, which means leaving home is a major effort.<br><br>Covered services include, but are not limited to:<br><br>• Part-time or intermittent skilled nursing and home health aide services (To be covered under the home health care benefit, your skilled nursing and home health aide services combined must total fewer than 8 hours per day and 35 hours per week)<br>• Physical therapy, occupational therapy, and speech therapy<br>• Medical and social services<br>• Medical equipment and supplies | $0 copayment for all home health visits provided by a network home health agency when Medicare criteria are met.<br><br>Other copayments or coinsurance may apply (Please see Durable Medical Equipment and Related Supplies for applicable copayments or coinsurance).<br><br>*Your provider may need to obtain prior authorization.* | 50% coinsurance for all home health visits provided by a home health agency when Medicare criteria are met.<br><br>Other copayments or coinsurance may apply (Please see Durable Medical Equipment and Related Supplies for applicable copayments or coinsurance).<br><br>You pay these amounts until you reach the out-of-pocket maximum. |
| **Home Infusion Therapy**<br><br>Home infusion therapy involves the intravenous or subcutaneous administration of drugs or biologicals | You will pay the cost-sharing that applies to primary care services, specialist physician services, or Home Health | You will pay the cost-sharing that applies to primary care services, specialist physician services, or Home Health |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| to an individual at home. The components needed to perform home infusion include the drug (for example, antivirals, immune globulin), equipment (for example, a pump), and supplies (for example, tubing and catheters). Covered services include, but are not limited to: <br> • Professional services, including nursing services, furnished in accordance with the plan of care <br> • Patient training and education not otherwise covered under the durable medical equipment benefit <br> • Remote monitoring <br> • Monitoring services for the provision of home infusion therapy and home infusion drugs furnished by a qualified home infusion therapy supplier | (as described under "Physician/Practitioner Services, Including Doctor's Office Visits" or "Home Health Agency Care") depending on where you received administration or monitoring services. <br><br> You pay these amounts until you reach the out-of-pocket maximum. <br><br> *Your provider may need to obtain prior authorization.* <br><br><br> See "Durable Medical Equipment" earlier in this chart for any applicable cost-sharing for equipment and supplies related to Home Infusion Therapy. <br><br> You pay these amounts until you reach the out-of-pocket maximum. <br><br> *Your provider may need to obtain prior authorization.* <br><br><br> See "Medicare Part B Prescription Drugs" later | (as described under "Physician/Practitioner Services, Including Doctor's Office Visits" or "Home Health Agency Care") depending on where you received administration or monitoring services.+ <br><br> You pay these amounts until you reach the out-of-pocket maximum. <br><br><br><br><br><br> See "Durable Medical Equipment" earlier in this chart for any applicable cost-sharing for equipment and supplies related to Home Infusion Therapy. <br><br> You pay these amounts until you reach the out-of-pocket maximum. <br><br><br><br><br> See "Medicare Part B Prescription Drugs" later |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| | in this chart for any applicable cost-sharing for drugs related to Home Infusion Therapy. You pay these amounts until you reach the out-of-pocket maximum. *Your provider may need to obtain prior authorization.* | in this chart for any applicable cost-sharing for drugs related to Home Infusion Therapy. You pay these amounts until you reach the out-of-pocket maximum. |
| **Hospice Care** You may receive care from any Medicare-certified hospice program. You are eligible for the hospice benefit when your doctor and the hospice medical director have given you a terminal prognosis certifying that you're terminally ill and have 6 months or less to live if your illness runs its normal course. Your hospice doctor can be a network provider or an out-of-network provider. Covered services include: <br>• Drugs for symptom control and pain relief <br>• Short-term respite care <br>• Home care <br>**For hospice services and for services that are covered by Medicare Part A or B and are related to your terminal** | When you enroll in a Medicare-certified hospice program, your hospice services and your Part A and Part B services related to your terminal prognosis are paid for by Original Medicare, not AARP Medicare Advantage Choice Plan 2 (Regional PPO). | |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-25

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| **prognosis:** Original Medicare (rather than our plan) will pay for your hospice services and any Part A and Part B services related to your terminal prognosis. While you are in the hospice program, your hospice provider will bill Original Medicare for the services that Original Medicare pays for.<br><br>**For services that are covered by Medicare Part A or B and are not related to your terminal prognosis:** If you need non-emergency, non-urgently needed services that are covered under Medicare Part A or B and that are not related to your terminal prognosis,  your cost for these services depends on whether you use a provider in our plan's network:<br><br>• If you obtain the covered services from a network provider, you only pay the plan cost-sharing amount for in-network services<br><br>• If you obtain the covered services from an out-of-network provider, you pay the plan cost-sharing for out-of-network services<br><br>For services that are covered by AARP Medicare Advantage Choice Plan 2 (Regional PPO) but are not covered by Medicare Part A or B: AARP Medicare Advantage Choice Plan 2 (Regional PPO) will continue to cover plan- | | |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| covered services that are not covered under Part A or B whether or not they are related to your terminal prognosis. You pay your plan cost-sharing amount for these services. <br><br> For drugs that may be covered by the plan's Part D benefit: <br><br> Drugs are never covered by both hospice and our plan at the same time. For more information, please see Chapter 5, Section 9.4 (**What if you're in Medicare-certified hospice**). <br><br> **Note:** If you need non-hospice care (care that is not related to your terminal prognosis), you should contact us to arrange the services.  Getting your non-hospice care through our network providers will lower your share of the costs for the services. <br><br> Our plan covers hospice consultation services (one time only) for a terminally ill person who hasn't elected the hospice benefit. | | |
| 🍎 **Immunizations** <br><br> Covered Medicare Part B services include: <br><br> • Pneumonia vaccine <br> • Flu shots, each flu season in the fall and winter, with additional flu shots if medically necessary | There is no coinsurance, copayment, or deductible for the pneumonia, influenza, and Hepatitis B vaccines. <br><br> There is no coinsurance, copayment, or | There is no coinsurance, copayment, or deductible for the pneumonia, influenza, and Hepatitis B vaccines.+ <br><br> There is no coinsurance, copayment, or |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| • Hepatitis B vaccine if you are at high or intermediate risk of getting Hepatitis B<br>• Other vaccines if you are at risk and they meet Medicare Part B coverage rules<br><br>We also cover some vaccines under our Part D prescription drug benefit. See Chapter 6 for more information about coverage and applicable cost sharing. | deductible for all other Medicare-covered Immunizations. | deductible for all other Medicare-covered Immunizations.+ |
| **Inpatient Hospital Care**<br>Includes inpatient acute, inpatient rehabilitation, long-term care hospitals, and other types of inpatient hospital services. Inpatient hospital care starts the day you are formally admitted to the hospital with a doctor's order. The day before you are discharged is your last inpatient day.<br>Covered services include, but are not limited to:<br>• Semi-private room (or a private room if medically necessary)<br>• Meals including special diets<br>• Regular nursing services<br>• Costs of special care units (such as intensive care or coronary care units)<br>• Drugs and medications | $395 copayment each day for days 1 to 4 for Medicare-covered hospital care. $0 copayment for additional Medicare-covered days. You pay these amounts until you reach the out-of-pocket maximum.<br><br>*Your provider may need to obtain prior authorization.*<br><br>If you get authorized inpatient care at an out-of-network hospital after your emergency condition is stabilized, your cost is the cost-sharing you would pay at a network hospital. | 40% coinsurance for each Medicare-covered hospital stay for unlimited days.<br><br>You pay these amounts until you reach the out-of-pocket maximum.<br><br>Medicare hospital benefit periods do not apply. (See definition of benefit periods in the chapter titled Definitions of important words.) For inpatient hospital care, the cost-sharing described above applies each time you are admitted to the hospital. A transfer to a separate facility type (such as an |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| • Lab tests<br>• X-rays and other radiology services<br>• Necessary surgical and medical supplies<br>• Use of appliances, such as wheelchairs<br>• Operating and recovery room costs<br>• Physical, occupational, and speech language therapy.<br>• Under certain conditions, the following types of transplants are covered: corneal, kidney, kidney-pancreatic, heart, liver, lung, heart/lung, bone marrow, stem cell, and intestinal/multivisceral. The plan has a network of facilities that perform organ transplants. The plan's hospital network for organ transplant services is different than the network shown in the 'Hospitals' section of your provider directory. Some hospitals in the plan's network for other medical services are not in the plan's network for transplant services. For information on network facilities for transplant services, please call AARP Medicare Advantage Choice Plan 2 (Regional PPO) Customer Service at 1-800-643-4845 TTY 711. If you | Medicare hospital benefit periods do not apply. (See definition of benefit periods in the chapter titled Definitions of important words.) For inpatient hospital care, the cost-sharing described above applies each time you are admitted to the hospital. A transfer to a separate facility type (such as an Inpatient Rehabilitation Hospital or Long Term Care Hospital) is considered a new admission. For each inpatient hospital stay, you are covered for unlimited days as long as the hospital stay is covered in accordance with plan rules. | Inpatient Rehabilitation Hospital or Long Term Care Hospital) is considered a new admission. For each inpatient hospital stay, you are covered for unlimited days as long as the hospital stay is covered in accordance with plan rules. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-29

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| need a transplant, we will arrange to have your case reviewed by a Medicare-approved transplant center that will decide whether you are a candidate for a transplant. Transplant providers may be local or outside of the service area. If our in-network transplant services are outside the community pattern of care, you may choose to go locally as long as the local transplant providers are willing to accept the Original Medicare rate. If AARP Medicare Advantage Choice Plan 2 (Regional PPO) provides transplant services at a location outside of the pattern of care for transplants in your community and you chose to obtain transplants at this distant location, we will arrange or pay for appropriate lodging and transportation costs for you and a companion. While you are receiving care at the distant location, we will also reimburse transportation costs to and from the hospital or doctor's office for evaluations, transplant services and follow-up care. (Transportation in the distant location includes, but is not limited to: vehicle mileage, economy/coach airfare, taxi fares, or rideshare services.) Costs for | | |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| lodging or places to stay such as hotels, motels or short-term housing as a result of travel for a covered organ transplant may also be covered. You can be reimbursed for eligible costs up to $125 per day total. Transportation services are not subject to the daily limit amount.<br>• Blood - including storage and administration.  Coverage begins with the first pint of blood that you need.<br>• Physician services | | |
| **Note:** To be an inpatient, your provider must write an order to admit you formally as an inpatient of the hospital. Even if you stay in the hospital overnight, you might still be considered an "outpatient." This is called an "Outpatient Observation" stay. If you are not sure if you are an inpatient or an outpatient, you should ask the hospital staff.<br><br>You can also find more information in a Medicare fact sheet called "Are You a Hospital Inpatient or Outpatient? If You Have Medicare – Ask!" This fact sheet is available on the Web at https://www.medicare.gov/sites/default/files/ | Outpatient observation cost-sharing is explained in Outpatient Surgery and Other Medical Services Provided at Hospital Outpatient Facilities and Ambulatory Surgical Centers. | Outpatient observation cost-sharing is explained in Outpatient Surgery and Other Medical Services Provided at Hospital Outpatient Facilities and Ambulatory Surgical Centers. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| 2018-09/11435-Are-You-an-Inpatient-or-Outpatient.pdf or by calling 1-800-MEDICARE (1-800-633-4227). TTY users call 1-877-486-2048. You can call these numbers for free, 24 hours a day, 7 days a week. | | |
| **Inpatient Mental Health Care**<br><br>Covered services include:<br><br>• Mental health care services that require a hospital stay. There is a 190-day lifetime limit for inpatient services in a psychiatric hospital. The 190-day limit does not apply to Mental Health services provided in a psychiatric unit of a general hospital.<br><br>• Inpatient substance abuse services | $395 copayment each day for days 1 to 4 each time you are admitted.<br><br>$0 copayment for additional Medicare-covered days, up to 90 days.  Plus an additional 60 lifetime reserve days.<br><br>You pay these amounts until you reach the out-of-pocket maximum.<br><br>*Your provider may need to obtain prior authorization.*<br><br>Medicare hospital benefit periods are used to determine the total number of days covered for inpatient mental health care. (See definition of benefit periods in the chapter titled Definitions of important words.) However, the cost- | 40% coinsurance each time you are admitted, up to 90 days. Plus an additional 60 lifetime reserve days.<br><br>You pay these amounts until you reach the out-of-pocket maximum.<br><br>Medicare hospital benefit periods are used to determine the total number of days covered for inpatient mental health care. (See definition of benefit periods in the chapter titled Definitions of important words.) However, the cost-sharing described above applies each time you are admitted to the hospital, even if you are admitted multiple times within a benefit period. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-32

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| | sharing described above applies each time you are admitted to the hospital, even if you are admitted multiple times within a benefit period. | |
| **Inpatient Stay: Covered services received in a hospital or Skilled Nursing Facility (SNF) during a non-covered inpatient stay**<br><br>If you have exhausted your inpatient benefits or if the inpatient stay is not reasonable and necessary, we will not cover your inpatient stay. However, in some cases, we will cover certain services you receive while you are in the hospital or the skilled nursing facility (SNF). Covered services include, but are not limited to: | When your stay is no longer covered, these services will be covered as described in the following sections: | When your stay is no longer covered, these services will be covered as described in the following sections: |
| • Physician services | Please refer below to Physician/Practitioner Services, Including Doctor's Office Visits. | Please refer below to Physician/Practitioner Services, Including Doctor's Office Visits. |
| • Diagnostic tests (like lab tests) | Please refer below to Outpatient Diagnostic Tests and Therapeutic Services and Supplies. | Please refer below to Outpatient Diagnostic Tests and Therapeutic Services and Supplies. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-33

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| • X-ray, radium, and isotope therapy including technician materials and services | Please refer below to Outpatient Diagnostic Tests and Therapeutic Services and Supplies. | Please refer below to Outpatient Diagnostic Tests and Therapeutic Services and Supplies. |
| • Surgical dressings<br>• Splints, casts and other devices used to reduce fractures and dislocations | Please refer below to Outpatient Diagnostic Tests and Therapeutic Services and Supplies. | Please refer below to Outpatient Diagnostic Tests and Therapeutic Services and Supplies. |
| • Prosthetics and orthotics devices (other than dental) that replace all or part of an internal body organ (including contiguous tissue), or all or part of the function of a permanently inoperative or malfunctioning internal body organ, including replacement or repairs of such devices | Please refer below to Prosthetic Devices and Related Supplies. | Please refer below to Prosthetic Devices and Related Supplies. |
| • Leg, arm, back, and neck braces; trusses, and artificial legs, arms, and eyes including adjustments, repairs, and replacements required because of breakage, wear, loss, or a change in the patient's physical condition | Please refer below to Prosthetic Devices and Related Supplies. | Please refer below to Prosthetic Devices and Related Supplies. |
| • Physical therapy, speech language therapy, and occupational therapy | Please refer below to Outpatient Rehabilitation Services. | Please refer below to Outpatient Rehabilitation Services. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| 🍎 **Medical Nutrition Therapy** <br><br> This benefit is for people with diabetes, renal (kidney) disease (but not on dialysis), or after a kidney transplant when ordered by your doctor. <br><br> We cover three hours of one-on-one counseling services during your first year that you receive medical nutrition therapy services under Medicare (this includes our plan, any other Medicare Advantage plan, or Original Medicare), and two hours each year after that. If your condition, treatment, or diagnosis changes, you may be able to receive more hours of treatment with a physician's order. A physician must prescribe these services and renew their order yearly if your treatment is needed into the next calendar year. | There is no coinsurance, copayment, or deductible for members eligible for Medicare-covered medical nutrition therapy services. | 40% coinsurance for members eligible for Medicare-covered medical nutrition therapy services.+ <br><br> You pay these amounts until you reach the out-of-pocket maximum. |
| 🍎 **Medicare Diabetes Prevention Program (MDPP)** <br><br> MDPP services will be covered for eligible Medicare beneficiaries under all Medicare health plans. <br><br> MDPP is a structured health behavior change intervention that provides practical training in long-term dietary change, increased physical activity, and problem-solving strategies for | There is no coinsurance, copayment, or deductible for the MDPP benefit. | 40% coinsurance for the MDPP benefit.+ <br><br> You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| overcoming challenges to sustaining weight loss and a healthy lifestyle. | | |
| **Medicare Part B Prescription Drugs** These drugs are covered under Part B of Original Medicare. Members of our plan receive coverage for these drugs through our plan. Covered drugs include:<br>• Drugs that usually aren't self-administered by the patient and are injected or infused while you are getting physician, hospital outpatient, or ambulatory surgical center services<br>• Drugs you take using durable medical equipment (such as nebulizers) that were authorized by the plan<br>• Clotting factors you give yourself by injection if you have hemophilia<br>• Immunosuppressive drugs, if you were enrolled in Medicare Part A at the time of the organ transplant<br>• Injectable osteoporosis drugs, if you are homebound, have a bone fracture that a doctor certifies was related to post-menopausal osteoporosis, and cannot self-administer the drug<br>• Antigens (for allergy shots) | 20% coinsurance for each Medicare-covered Part B drug. Additionally, for the administration of that drug, you will pay the cost-sharing that applies to primary care provider services, specialist services, or outpatient hospital services (as described under "Physician/ Practitioner Services, Including Doctor's Office Visits" or "Outpatient Hospital Services" in this benefit chart) depending on where you received drug administration or infusion services.<br><br>You pay these amounts until you reach the out-of-pocket maximum.<br><br>*Your provider may need to obtain prior authorization.* | 50% coinsurance for each Medicare-covered Part B drug. Additionally, for the administration of that drug, you will pay the cost-sharing that applies to primary care provider services, specialist services, or outpatient hospital services (as described under "Physician/ Practitioner Services, Including Doctor's Office Visits" or "Outpatient Hospital Services" in this benefit chart) depending on where you received drug administration or infusion services.<br><br>You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| <ul><li>Certain oral anti-cancer drugs and anti-nausea drugs</li><li>Certain drugs for home dialysis, including heparin, the antidote for heparin when medically necessary, topical anesthetics, and erythropoiesis-stimulating agents (such as Epogen®, Procrit®, Epoetin Alfa, Aranesp®, or Darbepoetin Alfa)</li><li>Intravenous Immune Globulin for the home treatment of primary immune deficiency diseases</li><li>Chemotherapy Drugs, and the Administration of chemotherapy drugs</li></ul>The following link will take you to a list of Part B Drugs that may be subject to Step Therapy: https://www.medicare.uhc.com/medicare/member/documents/part-b-step-therapy.html<br><br>You or your doctor may need to provide more information about how a Medicare Part B prescription drug is used in order to determine coverage. There may be effective, lower-cost drugs that treat the same medical condition. If you are prescribed a new Part B medication or have not recently filled the medication under Part B, you may be required to try one or more of | 20% coinsurance for each Medicare-covered chemotherapy drug and the administration of that drug.<br><br>You pay these amounts until you reach the out-of-pocket maximum.<br><br>*Your provider may need to obtain prior authorization.* | 50% coinsurance for each Medicare-covered chemotherapy drug and the administration of that drug.<br><br>You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)                  4-37

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| these other drugs before the plan will cover your drug. If you have already tried other drugs or your doctor thinks they are not right for you, you or your doctor can ask the plan to cover the Part B drug. (For more information, see Chapter 9, What to do if you have a problem or complaint (coverage decisions, appeals, complaints).) Please contact Customer Service for more information.<br><br>We also cover some vaccines under our Part B and Part D prescription drug benefit.<br><br>Chapter 5 explains the Part D prescription drug benefit, including rules you must follow to have prescriptions covered. What you pay for your Part D prescription drugs through our plan is explained in Chapter 6. | | |
| **NurseLine**<br><br>NurseLine services available, 24 hours a day, seven days a week. Speak to a registered nurse (RN) about your medical concerns and questions.<br><br>You can view the Vendor Information Sheet at www.myAARPMedicare.com, or call Customer Service to have a paper copy sent to you. | Provided by: NurseLine<br><br>$0 copayment | |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-38

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| **Obesity screening and therapy to promote sustained weight loss** <br><br> If you have a body mass index of 30 or more, we cover intensive counseling to help you lose weight. This counseling is covered if you get it in a primary care setting, where it can be coordinated with your comprehensive prevention plan. Talk to your primary care doctor or practitioner to find out more. | There is no coinsurance, copayment, or deductible for preventive obesity screening and therapy. | 40% coinsurance for preventive obesity screening and therapy.+ You pay these amounts until you reach the out-of-pocket maximum. |
| **Opioid Treatment Program Services** <br> Opioid use disorder treatment services are covered under Part B of Original Medicare. Members of our plan receive coverage for these services through our plan. Covered services include: <br> • FDA-approved opioid agonist and antagonist treatment medications and the dispensing and administration of such medications, if applicable <br> • Substance use counseling <br> • Individual and group therapy <br> • Toxicology testing | $0 copayment for Medicare-covered opioid treatment program services. <br><br> *Your provider may need to obtain prior authorization.* | $0 copayment for Medicare-covered opioid treatment program services. |
| **Outpatient Diagnostic Tests and Therapeutic Services and Supplies** <br> Covered services include, but are not limited to: | | |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-39

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| • X-rays | $0 copayment for each Medicare-covered standard X-ray service. *Your provider may need to obtain prior authorization.* | $7 copayment for each Medicare-covered standard X-ray service.+ You pay these amounts until you reach the out-of-pocket maximum. |
| • Radiation (radium and isotope) therapy including technician materials and supplies | $50 copayment for each Medicare-covered radiation therapy service. You pay these amounts until you reach the out-of-pocket maximum. *Your provider may need to obtain prior authorization.* | 40% coinsurance for each Medicare-covered radiation therapy service.+ You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-40

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| • Surgical supplies, such as dressings<br>• Splints, casts, and other devices used to reduce fractures and dislocations<br>Note: There is no separate charge for medical supplies routinely used in the course of an office visit and included in the provider's charges for that visit (such as bandages, cotton swabs, and other routine supplies.) However, supplies for which an appropriate separate charge is made by providers (such as, chemical agents used in certain diagnostic procedures) are subject to cost-sharing as shown. | 20% coinsurance for each Medicare-covered medical supply.<br>You pay these amounts until you reach the out-of-pocket maximum.<br>*Your provider may need to obtain prior authorization.* | 40% coinsurance for each Medicare-covered medical supply.<br>You pay these amounts until you reach the out-of-pocket maximum. |
| • Laboratory tests | $0 copayment for Medicare-covered lab services.<br>*Your provider may need to obtain prior authorization.* | $0 copayment for Medicare-covered lab services. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)                4-41

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| • Blood - including storage and administration (this means processing and handling of blood). Coverage begins with the first pint of blood that you need.<br>• In addition, for the administration of blood infusion, you will pay the cost sharing as described under the following sections of this chart, depending on where you received infusion services:<br> o Physician/Practitioner Services, Including Doctor's Office Visits<br> o Outpatient Surgery and Other Medical Services Provided at Hospital Outpatient Facilities and Ambulatory Surgical Centers | $0 copayment for Medicare-covered blood services.<br><br>*Your provider may need to obtain prior authorization.* | $0 copayment for Medicare-covered blood services. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| • Other outpatient diagnostic tests - Non-radiological diagnostic services | $20 copayment for Medicare-covered non-radiological diagnostic services.<br><br>Examples include, but are not limited to EKG's, pulmonary function tests, home or lab-based sleep studies, and treadmill stress tests.<br><br>You pay these amounts until you reach the out-of-pocket maximum.<br><br>*Your provider may need to obtain prior authorization.* | 40% coinsurance for Medicare-covered non-radiological diagnostic services.+<br><br>Examples include, but are not limited to EKG's, pulmonary function tests, home or lab-based sleep studies, and treadmill stress tests.<br><br>You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| • Other outpatient diagnostic tests - Radiological diagnostic services, not including x-rays. | $0 copayment for each diagnostic mammogram. $100 copayment for Medicare-covered radiological diagnostic services, not including X-rays, performed in a physician's office or at a free-standing facility (such as a radiology center or medical clinic).<br><br>You pay these amounts until you reach the out-of-pocket maximum.<br><br>*Your provider may need to obtain prior authorization.*<br><br>The diagnostic radiology services require specialized equipment beyond standard X-ray equipment and must be performed by specially trained or certified personnel. Examples include, but are not limited to, specialized scans, CT, SPECT, PET, MRI, MRA, nuclear studies, ultrasounds, diagnostic mammograms and interventional | 40% coinsurance for Medicare-covered radiological diagnostic services, not including X-rays, performed in a physician's office or at a free-standing facility (such as a radiology center or medical clinic).+<br><br>You pay these amounts until you reach the out-of-pocket maximum.<br><br>The diagnostic radiology services require specialized equipment beyond standard X-ray equipment and must be performed by specially trained or certified personnel.  Examples include, but are not limited to, specialized scans, CT, SPECT, PET, MRI, MRA, nuclear studies, ultrasounds, diagnostic mammograms and interventional radiological procedures (myelogram, cystogram, angiogram, and barium studies). |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-44

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| | radiological procedures (myelogram, cystogram, angiogram, and barium studies). | |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-45

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| **Outpatient Hospital Observation** Observation services are hospital outpatient services given to determine if you need to be admitted as an inpatient or can be discharged. For outpatient hospital observation services to be covered, they must meet the Medicare criteria and be considered reasonable and necessary. Observation services are covered only when provided by the order of a physician or another individual authorized by state licensure law and hospital staff bylaws to admit patients to the hospital or order outpatient tests. **Note:** Unless the provider has written an order to admit you as an inpatient to the hospital, you are an outpatient and pay the cost-sharing amounts for outpatient hospital services. Even if you stay in the hospital overnight, you might still be considered an "outpatient." If you are not sure if you are an outpatient, you should ask the hospital staff. You can also find more information in a Medicare fact sheet called "Are You a Hospital Inpatient or Outpatient? If You Have Medicare – Ask!" This fact sheet is available on the Web at https://www.medicare.gov/sites/default/files/2018-09/11435-Are-You-an-Inpatient-or-Outpatient.pdf or by calling 1-800-MEDICARE | Outpatient observation cost-sharing is explained in Outpatient Surgery and Other Medical Services Provided at Hospital Outpatient Facilities and Ambulatory Surgical Centers. | Outpatient observation cost-sharing is explained in Outpatient Surgery and Other Medical Services Provided at Hospital Outpatient Facilities and Ambulatory Surgical Centers. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-46

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| (1-800-633-4227). TTY users call 1-877-486-2048. You can call these numbers for free, 24 hours a day, 7days a week. | | |
| **Outpatient Hospital Services**<br>We cover medically-necessary services you get in the outpatient department of a hospital for diagnosis or treatment of an illness or injury.<br>Covered services include, but are not limited to: | | |
| • Services in an emergency department | Please refer to Emergency Care. | Please refer to Emergency Care. |
| • Laboratory and diagnostic tests billed by the hospital | Please refer to Outpatient Diagnostic Tests and Therapeutic Services and Supplies. | Please refer to Outpatient Diagnostic Tests and Therapeutic Services and Supplies. |
| • Mental health care, including care in a partial-hospitalization program, if a doctor certifies that inpatient treatment would be required without it | Please refer to Outpatient Mental Health Care. | Please refer to Outpatient Mental Health Care. |
| • X-rays and other radiology services billed by the hospital | Please refer to Outpatient Diagnostic Tests and Therapeutic Services and Supplies. | Please refer to Outpatient Diagnostic Tests and Therapeutic Services and Supplies |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| • Medical supplies such as splints and casts | Please refer to Outpatient Diagnostic Tests and Therapeutic Services and Supplies. | Please refer to Outpatient Diagnostic Tests and Therapeutic Services and Supplies. |
| • Certain screenings and preventive services | Please refer to the benefits preceded by the "Apple" icon. | Please refer to the benefits preceded by the "Apple" icon. |
| • Certain drugs and biologicals that you can't give yourself | Please refer to Medicare Part B Prescription Drugs. | Please refer to Medicare Part B Prescription Drugs. |
| • Services performed at an outpatient clinic | Please refer to Physician/Practitioner Services, Including Doctor's Office Visits. | Please refer to Physician/Practitioner Services, Including Doctor's Office Visits. |
| • Outpatient surgery or observation | Please refer to Outpatient Surgery and Other Medical Services Provided at Hospital Outpatient Facilities and Ambulatory Surgical Centers. | Please refer to Outpatient Surgery and Other Medical Services Provided at Hospital Outpatient Facilities and Ambulatory Surgical Centers. |
| • Outpatient infusion therapy  For the drug that is infused, you will pay the cost-sharing as described in "Medicare Part B Prescription Drugs" | Please refer to Medicare Part B Prescription Drugs and Physician/Practitioner Services, Including Doctor's Office | Please refer to Medicare Part B Prescription Drugs and Physician/Practitioner Services, Including Doctor's Office |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| in this benefit chart.  In addition, for the administration of infusion therapy drugs, you will pay the cost-sharing that applies to primary care provider services, specialist services, or outpatient hospital services (as described under "Physician/ Practitioner Services, Including Doctor's Office Visits" or "Outpatient Surgery and Other Medical Services Provided at Hospital Outpatient Facilities and Ambulatory Surgical Centers" in this benefit chart) depending on where you received drug administration or infusion services. | Visits or Outpatient Surgery and Other Medical Services Provided at Hospital Outpatient Facilities and Ambulatory Surgical Centers. | Visits or Outpatient Surgery and Other Medical Services Provided at Hospital Outpatient Facilities and Ambulatory Surgical Centers. |
| **Note:** Unless the provider has written an order to admit you as an inpatient to the hospital, you are an outpatient and pay the cost-sharing amounts for outpatient hospital services. Even if you stay in the hospital overnight, you might still be considered an "outpatient." This is called an "Outpatient Observation" stay. If you are not sure if you are an outpatient, you should ask the hospital staff.<br><br>You can also find more information in a Medicare fact sheet called "Are You a Hospital Inpatient or Outpatient? If You Have Medicare – Ask!" This fact sheet is available on the Web at https:// www.medicare.gov/sites/default/files/ | Outpatient observation cost-sharing is explained in Outpatient Surgery and Other Medical Services Provided at Hospital Outpatient Facilities and Ambulatory Surgical Centers. | Outpatient observation cost-sharing is explained in Outpatient Surgery and Other Medical Services Provided at Hospital Outpatient Facilities and Ambulatory Surgical Centers. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| 2018-09/11435-Are-You-an-Inpatient-or-Outpatient.pdf or by calling 1-800-MEDICARE (1-800-633-4227). TTY users call 1-877-486-2048. You can call these numbers for free, 24 hours a day, 7 days a week. | | |
| **Outpatient Mental Health Care** Covered services include: Mental health services provided by a state-licensed psychiatrist or doctor, clinical psychologist, clinical social worker, clinical nurse specialist, nurse practitioner, physician assistant, or other Medicare-qualified mental health care professional as allowed under applicable state laws. | $25 copayment for each Medicare-covered **individual** therapy session $15 copayment for each Medicare-covered **group** therapy session You pay these amounts until you reach the out-of-pocket maximum. *Your provider may need to obtain prior authorization.* | $40 copayment for each Medicare-covered **individual** therapy session.+ $30 copayment for each Medicare-covered **group** therapy session.+ You pay these amounts until you reach the out-of-pocket maximum. |
| **Outpatient Rehabilitation Services** Covered services include: physical therapy, occupational therapy, and speech language therapy. Outpatient rehabilitation services are provided in various outpatient settings, such as hospital outpatient departments, independent therapist | $40 copayment for each Medicare-covered physical therapy and speech-language therapy visit. You pay these amounts until you reach the out-of-pocket maximum. | $70 copayment for each Medicare-covered physical therapy and speech-language therapy visit.+ You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-50

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| offices, physician offices, and Comprehensive Outpatient Rehabilitation Facilities (CORFs). | *Your provider may need to obtain prior authorization.*<br>$40 copayment for each Medicare-covered occupational therapy visit.<br>You pay these amounts until you reach the out-of-pocket maximum.<br>*Your provider may need to obtain prior authorization.* | $70 copayment for each Medicare-covered occupational therapy visit.+<br>You pay these amounts until you reach the out-of-pocket maximum. |
| **Outpatient Substance Abuse Services**<br>Outpatient treatment and counseling for substance abuse. | $25 copayment for each Medicare-covered **individual** therapy session.<br>$15 copayment for each Medicare-covered **group** therapy session.<br>You pay these amounts until you reach the out-of-pocket maximum.<br>*Your provider may need to obtain prior authorization.* | $40 copayment for each Medicare-covered **individual** therapy session.+<br>$30 copayment for each Medicare-covered **group** therapy session.+<br>You pay these amounts until you reach the out-of-pocket maximum. |
| **Outpatient Surgery and Other Medical Services Provided at** | $0 copayment for a diagnostic colonoscopy at an ambulatory | 40% coinsurance for Medicare-covered surgery or other services |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-51

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| **Hospital Outpatient Facilities and Ambulatory Surgical Centers**<br><br>**Note**: If you are having surgery in a hospital facility, you should check with your provider about whether you will be an inpatient or outpatient. Unless the provider writes an order to admit you as an inpatient to the hospital, you are an outpatient and pay the cost-sharing amounts for outpatient surgery. Even if you stay in the hospital overnight, you might still be considered an "outpatient." This is called an "Outpatient Observation" stay. If you are not sure if you are an outpatient, you should ask your doctor or the hospital staff.<br><br>If you receive any services or items other than surgery, including but not limited to diagnostic tests, therapeutic services, prosthetics, orthotics, supplies or Part B drugs, there may be additional cost sharing for those services or items. Please refer to the appropriate section in this chart for the additional service or item you received for the specific cost sharing required. | surgical center. $395 copayment for Medicare-covered surgery or other services provided to you at an ambulatory surgical center, including but not limited to hospital or other facility charges and physician or surgical charges.<br><br>You pay these amounts until you reach the out-of-pocket maximum.<br><br>*Your provider may need to obtain prior authorization.*<br><br><br>$0 copayment for a diagnostic colonoscopy at an outpatient hospital. $395 copayment for Medicare-covered surgery or other services provided to you at an outpatient hospital, including but not limited to hospital or other facility charges and physician or surgical charges. | provided to you at an ambulatory surgical center, including but not limited to hospital or other facility charges and physician or surgical charges.+<br><br>You pay these amounts until you reach the out-of-pocket maximum.<br><br><br><br><br>40% coinsurance for Medicare-covered surgery or other services provided to you at an outpatient hospital, including but not limited to hospital or other facility charges and physician or surgical charges.+<br><br>You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| | You pay these amounts until you reach the out-of-pocket maximum. *Your provider may need to obtain prior authorization.* Outpatient surgical services that can be delivered in an available ambulatory surgery center must be delivered in an ambulatory surgery center unless a hospital outpatient department is medically necessary. $395 copayment for each day of Medicare-covered observation services provided to you at an outpatient hospital, including but not limited to hospital or other facility charges and physician or surgical charges. You pay these amounts until you reach the out-of-pocket maximum. | 40% coinsurance for each day of Medicare-covered observation services provided to you at an outpatient hospital, including but not limited to hospital or other facility charges and physician or surgical charges.+ You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)                4-53

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| | *Your provider may need to obtain prior authorization.* | |
| **Partial Hospitalization Services**<br>"Partial hospitalization" is a structured program of active psychiatric treatment provided as a hospital outpatient service, or by a community mental health center, that is more intense than the care received in your doctor's or therapist's office and is an alternative to inpatient hospitalization. | $55 copayment each day for Medicare-covered benefits.<br>You pay these amounts until you reach the out-of-pocket maximum.<br>*Your provider may need to obtain prior authorization.* | $75 copayment each day for Medicare-covered benefits.+<br>You pay these amounts until you reach the out-of-pocket maximum. |
| **Physician/Practitioner Services, Including Doctor's Office Visits**<br>Covered services include:<br><br>• Medically-necessary medical or surgical services furnished in a physician's office | $10 copayment for services obtained from a primary care provider or under certain circumstances, treatment by a nurse practitioner or physician's assistant or other non-physician health care professionals in a primary care provider's office (as | $40 copayment for services obtained from a primary care provider or under certain circumstances, treatment by a nurse practitioner or physician's assistant or other non-physician health care professionals in a primary care provider's office (as |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)                4-54

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| | permitted under Medicare rules).<br><br>You pay these amounts until you reach the out-of-pocket maximum. | permitted under Medicare rules).+<br><br>You pay these amounts until you reach the out-of-pocket maximum. |
| • Medically-necessary medical or surgical services furnished in a certified ambulatory surgical center or hospital outpatient department | See "Outpatient Surgery" earlier in this chart for any applicable copayments or coinsurance amounts for ambulatory surgical center visits or in a hospital outpatient setting. | See "Outpatient Surgery" earlier in this chart for any applicable copayments or coinsurance amounts for ambulatory surgical center visits or in a hospital outpatient setting. |
| • Consultation, diagnosis, and treatment by a specialist | $50 copayment for services obtained from a specialist, or under certain circumstances, treatment by a nurse practitioner or physician's assistant or other non-physician health care professionals in a specialist's office (as permitted under Medicare rules).<br><br>You pay these amounts until you reach the out-of-pocket maximum. | $70 copayment for services obtained from a specialist, or under certain circumstances, treatment by a nurse practitioner or physician's assistant or other non-physician health care professionals in a specialist's office (as permitted under Medicare rules).+<br><br>You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)                4-55

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| | *Your provider may need to obtain prior authorization.* | |
| • Basic hearing and balance exams performed by your specialist, if your doctor orders it to see if you need medical treatment | $0 copayment for each Medicare-covered exam. *Your provider may need to obtain prior authorization.* | $70 copayment for each Medicare-covered exam.+ You pay these amounts until you reach the out-of-pocket maximum. |
| • Second opinion prior to surgery • Some telehealth services including consultation, diagnosis, and treatment by a physician or practitioner, for patients in certain rural areas or other places approved by Medicare. • Telehealth services for monthly end-stage renal disease-related visits for home dialysis members in a hospital-based or critical access hospital-based renal dialysis center, renal dialysis facility, or the member's home. | You will pay the cost-sharing that applies to specialist services (as described under "Physician/Practitioner Services, Including Doctor's Office Visits" above). You pay these amounts until you reach the out-of-pocket maximum. *Your provider may need to obtain prior authorization.* | You will pay the cost-sharing that applies to specialist services (as described under "Physician/Practitioner Services, Including Doctor's Office Visits" above).+ You pay these amounts until you reach the out-of-pocket maximum. |
| • Telehealth services to diagnose, evaluate, or treat symptoms of a stroke. • Virtual check-ins (for example, by phone or video chat) with your doctor for 5-10 minutes if: | You will pay the cost-sharing that applies to primary care services or specialist physician services (as described under "Physician/ | You will pay the cost-sharing that applies to primary care services or specialist physician services (as described under "Physician/ |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| ○ You're not a new patient and<br>○ The evaluation isn't related to an office visit in the past 7 days and<br>○ The evaluation doesn't lead to an office visit within 24 hours or the soonest available appointment<br>• Evaluation of video and/or images you send to your doctor, and interpretation and follow-up by your doctor within 24 hours if:<br>○ You're not a new patient and<br>○ The evaluation isn't related to an office visit in the past 7 days and<br>○ The evaluation doesn't lead to an office visit within 24 hours or the soonest available appointment<br>• Consultation your doctor has with other doctors by phone, internet, or electronic health record if you're not a new patient | Practitioner Services, Including Doctor's Office Visits" above).<br>You pay these amounts until you reach the out-of-pocket maximum. | Practitioner Services, Including Doctor's Office Visits" above).+<br>You pay these amounts until you reach the out-of-pocket maximum. |
| • Non-routine dental care (covered services are limited to surgery of the jaw or related structures, setting fractures of the jaw or facial bones, extraction of teeth to prepare the jaw for radiation treatments of neoplastic cancer disease, or services that would be covered when provided by a physician). Dental services provided by a dentist in connection with care, treatment, | 20% coinsurance for each Medicare-covered visit.<br>You pay these amounts until you reach the out-of-pocket maximum.<br>*Your provider may need to obtain prior authorization.* | 40% coinsurance for each Medicare-covered visit.+<br>You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)                4-57

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| filling, removal, or replacement of teeth or structures directly supporting the teeth are not Medicare-covered benefits and not covered under this benefit. | | |
| • Monitoring services in a physician's office or outpatient hospital setting if you are taking anticoagulation medications, such as Coumadin, Heparin or Warfarin (these services may also be referred to as 'Coumadin Clinic' services) | You will pay the cost-sharing that applies to primary care provider services, specialist services, or outpatient hospital services (as described under "Physician/Practitioner Services, Including Doctor's Office Visits" or "Outpatient Hospital Services" in this benefit chart) depending on where you receive services.<br><br>You pay these amounts until you reach the out-of-pocket maximum.<br><br>*Your provider may need to obtain prior authorization.* | You will pay the cost-sharing that applies to primary care provider services, specialist services, or outpatient hospital services (as described under "Physician/Practitioner Services, Including Doctor's Office Visits" or "Outpatient Hospital Services" in this benefit chart) depending on where you receive services.+<br><br>You pay these amounts until you reach the out-of-pocket maximum. |
| • Medically-necessary medical or surgical services that are covered benefits and are furnished by a | You will pay the cost sharing that applies to primary care provider services or specialist | You will pay the cost sharing that applies to primary care provider services or specialist |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| physician in your home or a nursing home in which you reside. | physician services (as applied in an office setting, described above in this section of the benefit chart) depending on the type of physician that provides the services.<br><br>You pay these amounts until you reach the out-of-pocket maximum.<br><br>*Your provider may need to obtain prior authorization.* | physician services (as applied in an office setting, described above in this section of the benefit chart) depending on the type of physician that provides the services.+<br><br>You pay these amounts until you reach the out-of-pocket maximum. |
| • Certain telehealth services, including:<br><br>○ Covered services included in Virtual Medical Visits:<br> • Primary Care Provider<br> • Urgently Needed Services<br>○ Telehealth or virtual medical visits are medical visits delivered to you outside of medical facilities by network providers that have appropriate online technology and live audio/video capabilities to conduct the visit.<br>○ Not all medical conditions can be treated through virtual visits. The virtual visit doctor will identify if | $0 copayment<br>The in-network provider must be used for the out-of-network benefit. | Not covered out-of-network |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-59

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| you need to see an in-person doctor for treatment.<br><br>o Virtual Mental Health Visits are mental health visits delivered to you outside of medical facilities by virtual providers that use online technology and live audio/video capabilities. Visit virtualvisitsmentalhealth.uhc.com to learn more and schedule a virtual appointment.<br>• Covered services include individual mental health services<br>• Not all conditions can be treated through virtual visits. The virtual visit provider will identify if you need to see an in-person provider for treatment.<br><br>• You have the option of receiving these services either through an in-person visit or via telehealth. If you choose to receive one of these services via telehealth, then you must use a network provider that currently offers the service via telehealth. | $0 copayment<br>The in-network provider must be used for the out-of-network benefit. | Not covered out-of-network |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)               4-60

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| **Podiatry Services** Covered services include: <ul><li>Diagnosis and the medical or surgical treatment of injuries and diseases of the feet (such as hammer toe or heel spurs).</li><li>Routine foot care for members with certain medical conditions affecting the lower limbs.</li></ul> | $50 copayment for each Medicare-covered visit in an office or home setting. For services rendered in an outpatient hospital setting, such as surgery, please refer to Outpatient Surgery and Other Medical Services Provided at Hospital Outpatient Facilities and Ambulatory Surgical Centers. You pay these amounts until you reach the out-of-pocket maximum. *Your provider may need to obtain prior authorization.* | $70 copayment for each Medicare-covered visit in an office or home setting.+ For services rendered in an outpatient hospital setting, such as surgery, please refer to Outpatient Surgery and Other Medical Services Provided at Hospital Outpatient Facilities and Ambulatory Surgical Centers. You pay these amounts until you reach the out-of-pocket maximum. |
| **Additional Routine Foot Care** Treatment of the foot which is generally considered preventive, i.e., cutting or removal of corns, warts, calluses or nails. Benefit is combined in and out-of-network. | $50 copayment for each routine visit up to 6 visits every year.* | $70 copayment for each routine visit up to 6 visits every year. * |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| 🍎 **Prostate Cancer Screening Exams**<br><br>For men age 50 and older, covered services include the following - once every 12 months:<br>• Digital rectal exam<br>• Prostate Specific Antigen (PSA) test | There is no coinsurance, copayment, or deductible for each Medicare-covered digital rectal exam.<br><br>There is no coinsurance, copayment, or deductible for an annual PSA test.<br><br>Diagnostic PSA exams are subject to cost sharing as described under Outpatient Diagnostic Tests and Therapeutic Services and Supplies in this chart. | 40% coinsurance for each Medicare-covered digital rectal exam.+<br><br>You pay these amounts until you reach the out-of-pocket maximum.<br><br>40% coinsurance for an annual PSA test.+<br><br>You pay these amounts until you reach the out-of-pocket maximum. |
| **Prosthetic Devices and Related Supplies**<br><br>Devices (other than dental) that replace all or part of a body part or function. These include, but are not limited to: colostomy bags and supplies directly related to colostomy care, pacemakers, braces, prosthetic shoes, artificial limbs, and breast prostheses (including a surgical brassiere after a mastectomy). Includes certain supplies related to prosthetic devices, and repair and/or replacement of prosthetic devices. | 20% coinsurance for each Medicare-covered prosthetic or orthotic device, including replacement or repairs of such devices, and related supplies.<br><br>You pay these amounts until you reach the out-of-pocket maximum.<br><br>*Your provider may need to obtain prior authorization.* | 40% coinsurance for each Medicare-covered prosthetic or orthotic device, including replacement or repairs of such devices, and related supplies.<br><br>You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-62

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| Also includes some coverage following cataract removal or cataract surgery – see "Vision Care" later in this section for more detail. | | |
| **Pulmonary Rehabilitation Services** Comprehensive programs of pulmonary rehabilitation are covered for members who have moderate to very severe chronic obstructive pulmonary disease (COPD) and an order for pulmonary rehabilitation from the doctor treating the chronic respiratory disease. Medicare covers up to two (2) one-hour sessions per day, for up to 36 lifetime sessions (in some cases, up to 72 lifetime sessions) of pulmonary rehabilitation services. | $20 copayment for each Medicare-covered pulmonary rehabilitative visit You pay these amounts until you reach the out-of-pocket maximum. *Your provider may need to obtain prior authorization.* | 40% coinsurance for each Medicare-covered pulmonary rehabilitative visit.+ You pay these amounts until you reach the out-of-pocket maximum. |
| 🍎 **Screening and Counseling to Reduce Alcohol Misuse** We cover one alcohol misuse screening for adults with Medicare (including pregnant women) who misuse alcohol, but aren't alcohol dependent. If you screen positive for alcohol misuse, you can get up to four brief face-to-face counseling sessions per year (if you're competent and alert during counseling) provided by a | There is no coinsurance, copayment, or deductible for the Medicare-covered screening and counseling to reduce alcohol misuse preventive benefit. | 40% coinsurance for the Medicare-covered screening and counseling to reduce alcohol misuse preventive benefit.+ You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-63

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| qualified primary care doctor or practitioner in a primary care setting. | | |
| **Screening for lung cancer with low dose computed tomography (LDCT)**<br><br>For qualified individuals, a LDCT is covered every 12 months.<br><br>**Eligible members are:** people aged 55 – 77 years who have no signs or symptoms of lung cancer, but who have a history of tobacco smoking of at least 30 pack-years and who currently smoke or have quit smoking within the last 15 years, who receive a written order for LDCT during a lung cancer screening counseling and shared decision making visit that meets the Medicare criteria for such visits and be furnished by a physician or qualified non-physician practitioner.<br><br>**For LDCT lung cancer screenings after the initial LDCT screening:** the member must receive a written order for LDCT lung cancer screening, which may be furnished during any appropriate visit with a physician or qualified non-physician practitioner. If a physician or qualified non-physician practitioner elects to provide a lung cancer screening counseling and shared decision making visit for | There is no coinsurance, copayment, or deductible for the Medicare-covered counseling and shared decision making visit or for the LDCT. | 40% coinsurance for the Medicare-covered counseling and shared decision making visit or for the LDCT.+<br><br>You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| subsequent lung cancer screenings with LDCT, the visit must meet the Medicare criteria for such visits. | | |
| 🍎 **Screening for Sexually Transmitted Infections (STIs) and Counseling to Prevent STIs** <br><br> We cover sexually transmitted infection (STI) screenings for chlamydia, gonorrhea, syphilis, and Hepatitis B. These screenings are covered for pregnant women and for certain people who are at increased risk for an STI when the tests are ordered by a primary care provider. We cover these tests once every 12 months or at certain times during pregnancy. <br><br> We also cover up to two individual 20 to 30 minute, face-to-face high-intensity behavioral counseling sessions each year for sexually active adults at increased risk for STIs. We will only cover these counseling sessions as a preventive service if they are provided by a primary care provider and take place in a primary care setting, such as a doctor's office. | There is no coinsurance, copayment, or deductible for the Medicare-covered screening for STIs and counseling for STIs preventive benefit. | 40% coinsurance for the Medicare-covered screening for STIs and counseling for STIs preventive benefit.+ <br><br> You pay these amounts until you reach the out-of-pocket maximum. |
| **Services to Treat Kidney Disease** <br> Covered services include: | | |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-65

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| • Kidney disease education services to teach kidney care and help members make informed decisions about their care. For members with stage IV chronic kidney disease when referred by their doctor, we cover up to six sessions of kidney disease education services per lifetime. | $0 copayment for Medicare-covered benefits. | 40% coinsurance for Medicare-covered benefits.+ You pay these amounts until you reach the out-of-pocket maximum. |
| • Outpatient dialysis treatments (including dialysis treatments when temporarily out of the service area, as explained in Chapter 3) | 20% coinsurance for Medicare-covered benefits. You pay these amounts until you reach the out-of-pocket maximum. *Your provider may need to obtain prior authorization.* | 20% coinsurance for Medicare-covered benefits.+ You pay these amounts until you reach the out-of-pocket maximum. |
| • Self-dialysis training (includes training for you and anyone helping you with your home dialysis treatments) | $0 copayment for Medicare-covered benefits. | 40% coinsurance for Medicare-covered benefits.+ You pay these amounts until you reach the out-of-pocket maximum. |
| • Inpatient dialysis treatments (if you are admitted as an inpatient to a hospital for special care) | These services will be covered as described in the following sections: | These services will be covered as described in the following sections: |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| • Home dialysis equipment and supplies<br><br>• Certain home support services (such as, when necessary, visits by trained dialysis workers to check on your home dialysis, to help in emergencies, and check your dialysis equipment and water supply)<br><br>Certain drugs for dialysis are covered under your Medicare Part B drug benefit. For information about coverage for Part B Drugs, please go to the section, "Medicare Part B Prescription Drugs." | Please refer to Inpatient Hospital Care.<br><br>Please refer to Durable Medical Equipment and Related Supplies.<br><br>Please refer to Home Health Agency Care. | Please refer to Inpatient Hospital Care.<br><br>Please refer to Durable Medical Equipment and Related Supplies.<br><br>Please refer to Home Health Agency Care. |
| **Skilled Nursing Facility (SNF) Care**<br>(For a definition of "skilled nursing facility care," see Chapter 12 of this booklet. Skilled nursing facilities are sometimes called "SNFs.")<br>Covered services include, but are not limited to:<br>• Semiprivate room (or a private room if medically necessary) | $0 copayment each day for days 1 to 20.<br>$184 copayment each day for days 21 to 57.<br>$0 copayment for additional Medicare-covered days, up to 100 days. | $225 copayment each day for days 1 to 45.<br>$0 copayment for additional Medicare-covered days, up to 100 days.<br>You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)                4-67

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| <ul><li>Meals, including special diets</li><li>Skilled nursing services</li><li>Physical therapy, occupational therapy, and speech language therapy</li><li>Drugs administered to you as part of your plan of care (This includes substances that are naturally present in the body, such as blood clotting factors.)</li><li>Blood - including storage and administration. Coverage begins with the first pint of blood that you need.</li><li>Medical and surgical supplies ordinarily provided by SNFs</li><li>Laboratory tests ordinarily provided by SNFs</li><li>X-rays and other radiology services ordinarily provided by SNFs</li><li>Use of appliances such as wheelchairs ordinarily provided by SNFs</li><li>Physician/Practitioner services</li></ul>A 3-day prior hospital stay is not required.<br><br>Generally, you will get your SNF care from network facilities. However, under certain conditions listed below, you may be able to pay in-network cost-sharing for a facility that isn't a network | You pay these amounts until you reach the out-of-pocket maximum.<br><br>*Your provider may need to obtain prior authorization.*<br><br>You are covered for up to 100 days each benefit period for inpatient services in a SNF, in accordance with Medicare guidelines.<br><br>A benefit period begins on the first day you go to a Medicare-covered inpatient hospital or a skilled nursing facility. The benefit period ends when you haven't been an inpatient at any hospital or SNF for 60 days in a row. If you go to the hospital (or SNF) after one benefit period has ended, a new benefit period begins. There is no limit to the number of benefit periods you can have. | You are covered for up to 100 days each benefit period for inpatient services in a SNF, in accordance with Medicare guidelines.<br><br>A benefit period begins on the first day you go to a Medicare-covered inpatient hospital or a skilled nursing facility. The benefit period ends when you haven't been an inpatient at any hospital or SNF for 60 days in a row. If you go to the hospital (or SNF) after one benefit period has ended, a new benefit period begins. There is no limit to the number of benefit periods you can have. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| provider, if the facility accepts our plan's amounts for payment.<br><br>• A nursing home or continuing care retirement community where you were living right before you went to the hospital (as long as it provides skilled nursing facility care).<br>• A SNF where your spouse is living at the time you leave the hospital. | | |
| 🍎 **Smoking and Tobacco Use Cessation (Counseling to Stop Smoking or Tobacco Use)**<br><br>If you use tobacco, we cover two counseling quit attempts within a 12-month period as a preventive service. Each counseling attempt includes up to four face-to-face visits. | There is no coinsurance, copayment, or deductible for the Medicare-covered smoking and tobacco use cessation preventive benefits. | 40% coinsurance for the Medicare-covered smoking and tobacco use cessation preventive benefits.+<br><br>You pay these amounts until you reach the out-of-pocket maximum. |
| **Supervised Exercise Therapy (SET)**<br><br>SET is covered for members who have symptomatic peripheral artery disease (PAD) and have a referral from the physician responsible for PAD treatment.<br><br>Up to 36 sessions over a 12-week period are covered if the SET program requirements are met.<br><br>The SET program must:<br><br>• Consist of sessions lasting 30-60 minutes, comprising of a | $20 copayment for each Medicare-covered supervised exercise therapy (SET) visit.<br><br>You pay these amounts until you reach the out-of-pocket maximum.<br><br>*Your provider may need to obtain prior authorization.* | 40% coinsurance for each Medicare-covered supervised exercise therapy (SET) visit.+<br><br>You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| therapeutic exercise-training program for PAD in patients with claudication<br><br>• Be conducted in a hospital outpatient setting or a physician's office<br>• Be delivered by qualified auxiliary personnel necessary to ensure benefits exceed harms, and who are trained in exercise therapy for PAD<br>• Be under the direct supervision of a physician, physician assistant, or nurse practitioner/clinical nurse specialist who must be trained in both basic and advanced life support techniques<br><br>SET may be covered beyond 36 sessions over 12 weeks for an additional 36 sessions over an extended period of time if deemed medically necessary by a health care provider. | | |
| **Urgently Needed Services**<br>Urgently needed services are provided to treat a non-emergency, unforeseen medical illness, injury, or condition that requires immediate medical care. Urgently needed services may be furnished by network providers or by out-of-network providers when network | $30 copayment for each visit in a contracted Urgent Care Center or walk-in clinic.<br>$40 copayment for each urgently needed visit in a non-contracted Urgent Care Center or walk-in clinic in the United States.<br><br>$0 copayment for Worldwide coverage of urgently needed services received outside of the United | |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| providers are temporarily unavailable or inaccessible. Covered services include urgently needed services obtained at a retail walk-in clinic or an urgent care center.<br><br>Worldwide coverage for 'urgently needed services' when medical services are needed right away because of an illness, injury, or condition that you did not expect or anticipate, and you can't wait until you are back in our plan's service area to obtain services. Services provided by a dentist are not covered. | States. Please see Chapter 7 Section 1.1 for expense reimbursement for worldwide services.<br><br>You pay these amounts until you reach the out-of-pocket maximum. | |
| 🍎 **Vision Care**<br><br>Covered services include:<br><br>• Outpatient physician services provided by an ophthalmologist or optometrist for the diagnosis and treatment of diseases and injuries of the eye, including diagnosis or treatment for age-related macular degeneration or cataracts. Original Medicare doesn't cover routine eye exams (eye refractions) for eyeglasses/contacts. | $0 copayment for each Medicare-covered exam. *Your provider may need to obtain prior authorization.* | $70 copayment for each Medicare-covered exam.+<br>You pay these amounts until you reach the out-of-pocket maximum. |
| • For people who are at high risk of glaucoma, we will cover one glaucoma screening each year. | $0 copayment for Medicare-covered glaucoma screening. | $70 copayment for Medicare-covered glaucoma screening.+ |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| People at high risk of glaucoma include: people with a family history of glaucoma, people with diabetes, African-Americans who are age 50 and older, and Hispanic Americans who are 65 or older. | | You pay these amounts until you reach the out-of-pocket maximum. |
| • For people with diabetes or signs and symptoms of eye disease, eye exams to evaluate for eye disease are covered per Medicare guidelines. Annual examinations by an ophthalmologist or optometrist are recommended for asymptomatic diabetics.<br>• For people with diabetes, screening for diabetic retinopathy is covered once per year. | $0 copayment for Medicare-covered eye exams to evaluate for eye disease.<br><br>*Your provider may need to obtain prior authorization.* | $70 copayment for Medicare-covered eye exams to evaluate for eye disease.+<br>You pay these amounts until you reach the out-of-pocket maximum. |
| • One pair of eyeglasses or contact lenses after each cataract surgery that includes insertion of an intraocular lens (additional pairs of eyeglasses or contacts are not covered by Medicare). If you have two separate cataract operations, you cannot reserve the benefit after the first surgery and purchase two eyeglasses after the second surgery. Covered eyeglasses after cataract surgery includes standard frames and lenses as defined by Medicare; any upgrades are not | $0 copayment for one pair of Medicare-covered standard glasses or contact lenses after cataract surgery. | 40% coinsurance for one pair of Medicare-covered standard glasses or contact lenses after cataract surgery.+<br>You pay these amounts until you reach the out-of-pocket maximum. |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| covered (including, but not limited to, deluxe frames, tinting, progressive lenses or anti-reflective coating). | | |
| **Additional Routine Eye Exam:** Benefit is combined in and out-of-network. <br> • Limited to 1 routine eye exam every year <br><br> You can view the Vendor Information Sheet at www.myAARPMedicare.com, or call Customer Service to have a paper copy sent to you. | **Additional Routine Eye Exam:** Provided by: UnitedHealthcare Vision® or Plan network providers $0 copayment | **Additional Routine Eye Exam:** $70 copayment, benefits combined in and out-of-network.* |
| ⬤ **"Welcome to Medicare" Preventive Visit** <br><br> The plan covers the one-time "Welcome to Medicare" preventive visit. The visit includes a review of your health, as well as education and counseling about the preventive services you need (including certain screenings and shots), and referrals for other care if needed. Doesn't include lab tests, radiological diagnostic tests or non-radiological diagnostic tests or diagnostic tests.  Additional cost share may apply to any lab or diagnostic testing performed during your visit, as | There is no coinsurance, copayment, or deductible for the "Welcome to Medicare" preventive visit. There is no coinsurance, copayment, or deductible for a one-time Medicare-covered EKG screening if ordered as a result of your "Welcome to Medicare" preventive visit. Please refer to Outpatient Diagnostic Tests and Therapeutic | 40% coinsurance for the "Welcome to Medicare" preventive visit.+ You pay these amounts until you reach the out-of-pocket maximum. 40% coinsurance for a one-time Medicare-covered EKG screening if ordered as a result of your "Welcome to Medicare" preventive visit.+ Please refer to Outpatient Diagnostic Tests and Therapeutic |

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)                4-73

| Services that are covered for you | What you must pay when you get these services In-Network | What you must pay when you get these services Out-of-Network |
|---|---|---|
| described for each separate service in this Medical Benefits Chart.<br><br>**Important:** We cover the "Welcome to Medicare" preventive visit only within the first 12 months you have Medicare Part B. When you make your appointment, let your doctor's office know you would like to schedule your "Welcome to Medicare" preventive visit. | Services and Supplies for other EKG's. | Services and Supplies for other EKG's.<br><br>You pay these amounts until you reach the out-of-pocket maximum. |

+ If you obtain covered services from an out-of-network physician or provider who does not accept Medicare assignment, you will be responsible for the cost sharing shown above, plus any difference between the amount we pay the provider and the Medicare limiting charge. If you obtain durable medical equipment from an out-of-network supplier who does not accept Medicare assignment, the plan will pay based on the billed amount and you will be responsible for the cost sharing shown above.

You can get your care from an out-of-network provider.  However, that provider must be eligible to participate in Medicare. We cannot pay a provider who is not eligible to participate in Medicare. You will be responsible for the full cost of the services you receive. Check with your provider before receiving services to confirm that they participate in Medicare.

* Covered services that do not count toward your maximum out-of-pocket amount.

If you are a Qualified Medicare Beneficiary (QMB) or have full Medicaid benefits then your deductible, coinsurance and/or copayment may be less for services that are covered under Original Medicare.

# SECTION 3          What services are not covered by the plan?

## Section 3.1          Services we do not cover (exclusions)

This section tells you what services are "excluded" from Medicare coverage and therefore, are not covered by this plan. If a service is "excluded," it means that this plan doesn't cover the service.

The chart below lists services and items that  either are not covered under any condition or are covered only under specific conditions.

If you get services that are excluded (not covered), you must pay for them yourself. We won't pay for the excluded medical services listed in the chart below except under the specific conditions listed. The only exception: we will pay if a service in the chart below is found upon appeal to be a medical service that we should have paid for or covered because of your specific situation. (For information about appealing a decision we have made to not cover a medical service, go to Chapter 9, Section 5.3 in this booklet.)

All exclusions or limitations on services are described in the Benefits Chart or in the chart below.

Even if you receive the excluded services at an emergency facility, the excluded services are still not covered and our plan will not pay for them.

| Services not covered by Medicare | Not covered under any condition | Covered only under specific conditions |
|---|---|---|
| Services considered not reasonable and necessary, according to the standards of Original Medicare. | ✓ | |
| Experimental medical and surgical procedures, equipment and medications. Experimental procedures and items are those items and procedures determined by our plan and Original Medicare to not be generally accepted by the medical community. | | ✓ May be covered by Original Medicare under a Medicare-approved clinical research study or by our plan. (See Chapter 3, Section 5 for more information on clinical research studies.) |
| Private room in a hospital. | | ✓ Covered only when medically necessary. |
| Personal items in your room at a hospital or a skilled nursing | ✓ | |

| Services not covered by Medicare | Not covered under any condition | Covered only under specific conditions |
|---|---|---|
| facility, such as a telephone or a television. | | |
| Full-time nursing care in your home. | ✓ | |
| Custodial care is care provided in a nursing home, hospice, or other facility setting when you do not require skilled medical care or skilled nursing care. Custodial care is personal care that does not require the continuing attention of trained medical or paramedical personnel, such as care that helps you with activities of daily living, such as bathing or dressing. | ✓ | |
| Homemaker services include basic household assistance, including light housekeeping or light meal preparation. | ✓ | |
| Fees charged for care by your immediate relatives or members of your household. | ✓ | |
| Cosmetic surgery or procedures. | | ✓ <br>• Covered in cases of an accidental injury or for improvement of the functioning of a malformed body member.<br>• Covered for all stages of reconstruction for a breast after a mastectomy, as well as for the unaffected breast to produce a symmetrical appearance. |

| Services not covered by Medicare | Not covered under any condition | Covered only under specific conditions |
|---|---|---|
| Chiropractic Services (Medicare-covered) | | ✓<br>Manual manipulation of the spine to correct a subluxation is covered. Excluded from Medicare coverage is any service other than manual manipulation of the spine for the treatment of subluxation. |
| Routine dental care, such as cleanings, exams or x-rays. | ✓ | |
| Non-routine dental care. | | ✓<br>Dental care required to treat illness or injury may be covered as inpatient or outpatient care. |
| Home-Delivered Meals. | ✓ | |
| Orthopedic shoes. | | ✓<br>If shoes are part of a leg brace and are included in the cost of the brace, or the shoes are for a person with diabetic foot disease.<br>(As specifically described in the Medical Benefits Chart in this chapter.) |
| Supportive devices for the feet. | | ✓<br>Orthopedic or therapeutic shoes for people with diabetic foot disease. |
| Outpatient prescription drugs. | | ✓<br>Some coverage provided according to Medicare guidelines.<br>(As specifically described in the Medical Benefits Chart in this chapter or as outlined in Chapter 6.) |

| Services not covered by Medicare | Not covered under any condition | Covered only under specific conditions |
|---|---|---|
| Elective hysterectomy, tubal ligation, or vasectomy, if the primary indication for these procedures is sterilization. Reversal of sterilization procedures, penile vacuum erection devices, or non-prescription contraceptive supplies. | ✓ | |
| Acupuncture. | | ✓ <br><br> (As specifically described in the Medical Benefits Chart in this chapter.) |
| Naturopath services (uses natural or alternative treatments). | ✓ | |
| Paramedic intercept service (advanced life support provided by an emergency service entity, such as a paramedic services unit, which do not provide ambulance transport) | | ✓ <br><br> Services are only covered when the ambulance pick-up address is located in rural New York and applicable conditions are met. Members are responsible for all paramedic intercept service costs that occur outside of rural New York. |
| Optional, additional, or deluxe features or accessories to durable medical equipment, corrective appliances or prosthetics which are primarily for the comfort or convenience of the member, or for ambulation primarily in the community, including but not limited to home and car remodeling or modification, and exercise equipment. | ✓ | |

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)          4-78

| Services not covered by Medicare | Not covered under any condition | Covered only under specific conditions |
|---|:---:|---|
| Immunizations for foreign travel purposes. | ✓ | |
| Requests for payment (asking the plan to pay its share of the costs) for covered drugs sent after 36 months of getting your prescription filled. | ✓ | |
| Equipment or supplies that condition the air, heating pads, hot water bottles, wigs, and their care, support stockings and other primarily non-medical equipment. | ✓ | |
| Any non-emergency care received outside of the United States and the U.S. Territories. | ✓ | |
| For transplants: items not covered include, but are not limited to the below.<br><br>For transportation:<br>• Vehicle rental, purchase, or maintenance/repairs<br>• Auto clubs (roadside assistance)<br>• Gas<br>• Travel by air or ground ambulance (may be covered under your medical benefit).<br>• Air or ground travel not related to medical appointments<br>• Parking fees incurred other than at lodging or hospital<br><br>For lodging:<br>• Deposits | ✓ | |

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 4: Medical Benefits Chart (what is covered and what you pay)                    4-79

| Services not covered by Medicare | Not covered under any condition | Covered only under specific conditions |
|---|---|---|
| • Utilities (if billed separate from the rent payment)<br>• Phone calls, newspapers, movie rentals and gift cards<br>• Expenses for lodging when staying with a relative or friend<br>• Meals | | |

We regularly review new procedures, devices and drugs to determine whether or not they are safe and effective for members. New procedures and technology that are safe and effective are eligible to become covered services. If the technology becomes a covered service, it will be subject to all other terms and conditions of the plan, including medical necessity and any applicable member copayments, coinsurance, deductibles or other payment contributions.

In determining whether to cover a service, we use proprietary technology guidelines to review new devices, procedures and drugs, including those related to behavioral/mental health. When clinical necessity requires a rapid determination of the safe and effective use of a new technology or new application of an existing technology for an individual member, one of our medical directors makes a medical necessity determination based on individual member medical documentation, review of published scientific evidence, and, when appropriate, relevant specialty or professional opinion from an individual who has expertise in the technology.

# Chapter 5
## Using the plan's coverage for your Part D prescription drugs

# Chapter 5
## Using the plan's coverage for your Part D prescription drugs

**SECTION 1    Introduction**..................................................................................................**3**

  Section 1.1   This chapter describes your coverage for Part D drugs........................ 3

  Section 1.2   Basic rules for the plan's Part D drug coverage..................................... 4

**SECTION 2    Fill your prescription at a network pharmacy or through the plan's mail-order
            service**.....................................................................................................**4**

  Section 2.1   To have your prescription covered, use a network pharmacy............... 4

  Section 2.2   Finding network pharmacies........................................................... 4

  Section 2.3   Using the plan's mail-order services............................................... 5

  Section 2.4   How can you get a long-term supply of drugs?...................................... 6

  Section 2.5   When can you use a pharmacy that is not in the plan's network?......... 7

**SECTION 3    Your drugs need to be on the plan's "Drug List"**.....................................**8**

  Section 3.1   The "Drug List" tells which Part D drugs are covered.......................... 8

  Section 3.2   There are 5 "cost-sharing tiers" for drugs on the Drug List................... 8

  Section 3.3   How can you find out if a specific drug is on the Drug List?................. 9

**SECTION 4    There are restrictions on coverage for some drugs**..........................**9**

  Section 4.1   Why do some drugs have restrictions?.................................................. 9

  Section 4.2   What kinds of restrictions?............................................................. 10

  Section 4.3   Do any of these restrictions apply to your drugs?............................. 11

**SECTION 5    What if one of your drugs is not covered in the way you'd like it to be covered?**
            ....................................................................................................**12**

  Section 5.1   There are things you can do if your drug is not covered in the way
                you'd like it to be covered................................................... 12

  Section 5.2   What can you do if your drug is not on the Drug List or if the drug is
                restricted in some way?.......................................................12

  Section 5.3   What can you do if your drug is in a cost-sharing tier you think is too
                high?................................................................................ 14

**SECTION 6    What if your coverage changes for one of your drugs?**....................**14**

  Section 6.1   The Drug List can change during the year.......................................... 14

Section 6.2   What happens if coverage changes for a drug you are taking?........... 15

**SECTION 7**   **What types of drugs are not covered by the plan?**............................................ **16**

Section 7.1   Types of drugs we do not cover.............................................................  16

**SECTION 8**   **Show your UnitedHealthcare member ID card when you fill a prescription.......18**

Section 8.1   Show your UnitedHealthcare member ID card......................................  18

Section 8.2   What if you don't have your UnitedHealthcare member ID card with you?........................................................................................................18

**SECTION 9**   **Part D drug coverage in special situations**..........................................................**18**

Section 9.1   What if you're in a hospital or a skilled nursing facility for a stay that is covered by the plan?.................................................................................. 18

Section 9.2   What if you're a resident in a long-term care (LTC) facility?................  18

Section 9.3   What if you're also getting drug coverage from an employer or  retiree group plan?................................................................................................   19

Section 9.4   What if you're in Medicare-certified hospice?.......................................  20

**SECTION 10**   **Programs on drug safety and managing medications**.........................................**20**

Section 10.1 Programs to help members use drugs safely.........................................  20

Section 10.2 Drug Management Program (DMP) to help members safely use their opioid medications................................................................................... 21

Section 10.3 Medication Therapy Management (MTM) programs to help members manage their medications.......................................................................  21

2021 Evidence of Coverage for AARP Medicare Advantage Choice Plan 2 (Regional PPO)
Chapter 5: Using the plan's coverage for your Part D prescription drugs          5-3

---

**Did you know there are programs to help people pay for their drugs?**

The "Extra Help" program helps people with limited resources pay for their drugs. For more information, see Chapter 2, Section 7.

**Are you currently getting help to pay for your drugs?**

If you are in a program that helps pay for your drugs, **some information in this Evidence of Coverage about the costs for Part D prescription drugs may not apply to you**. We sent you a separate insert, called the "Evidence of Coverage Rider for People Who Get Extra Help Paying for Prescription Drugs" (also known as the "Low Income Subsidy Rider" or the "LIS Rider"), which tells you about your drug coverage. If you don't have this insert, please call Customer Service and ask for the "LIS Rider." (Phone numbers for Customer Service are printed on the back cover of this booklet.)

---

# SECTION 1          Introduction

## Section 1.1                This chapter describes your coverage for Part D drugs

This chapter **explains rules for using your coverage for Part D drugs**. The next chapter tells what you pay for Part D drugs (Chapter 6, **What you pay for your Part D prescription drugs**).

In addition to your coverage for Part D drugs, the plan also covers some drugs under the plan's medical benefits. Through its coverage of Medicare Part A benefits, our plan generally covers drugs you are given during covered stays in the hospital or in a skilled nursing facility. Through its coverage of Medicare Part B benefits, our plan covers drugs including certain chemotherapy drugs, certain drug injections you are given during an office visit, and drugs you are given at a dialysis facility. Chapter 4 **(Medical Benefits Chart, what is covered and what you pay)** tells about the benefits and costs for drugs during a covered hospital or skilled nursing facility stay, as well as your benefits and costs for Part B drugs.

Your drugs may be covered by Original Medicare if you are in Medicare hospice. Our plan only covers Medicare Parts A, B, and D services and drugs that are unrelated to your terminal prognosis and related conditions and therefore not covered under the Medicare hospice benefit. For more information, please see Section 9.4 **(What if you're in Medicare-certified hospice)**. For information on hospice coverage, see the hospice section of Chapter 4 **(Medical Benefits Chart, what is covered and what you pay)**.

The following sections discuss coverage of your drugs under the plan's Part D benefit rules. Section 9, **Part D drug coverage in special situations** includes more information on your Part D coverage and Original Medicare.

| Section 1.2 | Basic rules for the plan's Part D drug coverage |
|---|---|

The plan will generally cover your drugs as long as you follow these basic rules:

- You must have a provider (a doctor, dentist or other prescriber) write your prescription.
- Your prescriber must either accept Medicare or file documentation with CMS showing that he or she is qualified to write prescriptions, or your Part D claim will be denied. You should ask your prescribers the next time you call or visit if they meet this condition. If not, please be aware it takes time for your prescriber to submit the necessary paperwork to be processed.
- You generally must use a network pharmacy to fill your prescription. (See Section 2, **Fill your prescriptions at a network pharmacy or through the plan's mail-order service.)**
- Your drug must be on the plan's **List of Covered Drugs (Formulary)** (we call it the "Drug List" for short). (See Section 3, **Your drugs need to be on the plan's "Drug List".**)
- Your drug must be used for a medically accepted indication. A "medically accepted indication" is a use of the drug that is either approved by the Food and Drug Administration or supported by certain reference books. (See Section 3 for more information about a medically accepted indication.)

# SECTION 2          Fill your prescription at a network pharmacy or through the plan's mail-order service

| Section 2.1 | To have your prescription covered, use a network pharmacy |
|---|---|

In most cases, your prescriptions are covered **only** if they are filled at the plan's network pharmacies. (See Section 2.5 for information about when we would cover prescriptions filled at out-of-network pharmacies.)

A network pharmacy is a pharmacy that has a contract with the plan to provide your covered prescription drugs. The term "covered drugs" means all of the Part D prescription drugs that are covered on the plan's Drug List.

| Section 2.2 | Finding network pharmacies |
|---|---|

**How do you find a network pharmacy in your area?**

To find a network pharmacy, you can look in your **Pharmacy Directory**, visit our website (www.myAARPMedicare.com) or call Customer Service (phone numbers are printed on the back cover of this booklet).

You may go to any of our network pharmacies.  If you switch from one network pharmacy to another, and you need a refill of a drug you have been taking, you can ask either to have a new prescription written by a provider or to have your prescription transferred to your new network pharmacy.

**What if the pharmacy you have been using leaves the network?**

If the pharmacy you have been using leaves the plan's network, you will have to find a new pharmacy that is in the network. To find another network pharmacy in your area, you can get help from Customer Service (phone numbers are printed on the back cover of this booklet) or use the **Pharmacy Directory**. You can also find information on our website at www.myAARPMedicare.com.

**What if you need a specialized pharmacy?**

Sometimes prescriptions must be filled at a specialized pharmacy. Specialized pharmacies include:

- Pharmacies that supply drugs for home infusion therapy.
- Pharmacies that supply drugs for residents of a long-term care (LTC) facility. Usually, a long-term care facility (such as a nursing home) has its own pharmacy. If you are in an LTC facility, we must ensure that you are able to routinely receive your Part D benefits through our network of LTC pharmacies, which is typically the pharmacy that the LTC facility uses. If you have any difficulty accessing your Part D benefits in an LTC facility, please contact Customer Service.
- Pharmacies that serve the Indian Health Service / Tribal / Urban Indian Health Program (not available in Puerto Rico). Except in emergencies, only Native Americans or Alaska Natives have access to these pharmacies in our network.
- Pharmacies that dispense drugs that are restricted by the FDA to certain locations or that require special handling, provider coordination, or education on their use. (Note: This scenario should happen rarely.)

To locate a specialized pharmacy, look in your **Pharmacy Directory** or call Customer Service (phone numbers are printed on the back cover of this booklet).

| Section 2.3 | Using the plan's mail-order services |
|---|---|

Our plan's mail-order service allows you to order **up to a 90-day supply**.

To get order forms and information about filling your prescriptions by mail you may contact our preferred  mail service pharmacy, OptumRx™. OptumRx can be reached at 1-877-889-6358, or for the hearing impaired, (TTY) 711, 24 hours a day, 7 days a week.  Please reference your **Pharmacy Directory** to find the mail service pharmacies in our network. If you use a mail-order pharmacy not in the plan's network, your prescription will not be covered.

Usually a mail-order pharmacy order will get to you in no more than 10 business days. However, sometimes your mail-order may be delayed. If your mail-order is delayed, please follow these steps:

If your prescription is on file at your local pharmacy, go to your pharmacy to fill the prescription. If your delayed prescription is not on file at your local pharmacy, then please ask your doctor to call in a new prescription to your pharmacist. Or, your pharmacist can call the doctor's office for you to request the prescription. Your pharmacist can call the Pharmacy help desk at 1-877-889-6510, (TTY) 711, 24 hours a day, 7 days a week if he/she has any problems, questions, concerns, or needs a claim override for a delayed prescription.